# EXHIBIT D





# 287(g)
## Benefits

## Your Agency **+** Federal Law Enforcement **= SAFER COMMUNITIES**

**ICE's 287(g) Program** empowers your law enforcement agency to enforce some aspects of U.S. immigration law to make your community safer. Under this program's designated authorities, your agency can:

▸ **Identify** and process removable aliens with pending or active criminal charges.

▸ **Enforce** limited immigration law with ICE oversight during routine duties.

▸ **Serve** and execute administrative warrants on aliens in your jail.

**287(g) Benefits**:

▸ Enhanced public safety

▸ Free training

▸ Possible eligibility for federal payments through a DOJ program

**How to Sign Up for the 287(g) Program:**

▸ Complete a signed letter of interest.

▸ Fill out a memorandum of agreement for the program model you want to use.

▸ Submit your letter of interest and memorandum of agreement to **ERO287g@ICE.dhs.gov.**

## ── **3 WAYS** Your Agency Can Join Forces With ICE ──

| Jail Enforcement Model | Task Force Model | Warrant Service Officer Program |
|---|---|---|
| Allows your officers to identify and process removable aliens who have pending or active criminal charges. | Allows your officers to identify and report suspected aliens not charged with crimes (under ICE oversight) and exercise limited immigration authority on ICE–led task forces. | Allows your officers to serve and execute administrative warrants on aliens in your custody. |

▸ These programs are only available to officers and agencies with signed MOAs with ICE.

**Task Force Model Reimbursement Plan Benefits**
If LEAs sign the TFM MOA before Oct 1. 2025, they will receive:

▸ $7,500 for equipment per trained TFO

▸ $100,000 for new vehicles per MOA

▸ Salary and benefits reimbursed per trained TFO

▸ Overtime funds up to 25% of salary

