# EXHIBIT E

# ERO FACTS
# TFM
### 287(g) Task Force Model




**HOW TO PARTICIPATE**

Cleared for external use March 2025

Interested Law Enforcement Agency (LEAs) go through the following process to participate in the 287(g) TFM:

 LEAs interested in the 287(g) TFM Program submit a signed MOA to ICE.

 ICE reviews and assesses the MOA.

 ICE Director signs the MOA

 ICE contacts LEA partner and provides a virtual training registration form to be submitted to ERO287g@ice.dhs.gov

 Task Force Officer (TFO) nominees complete a 40 hour on-line course covering, among other things, scope of authority, immigration law, civil rights law, cross-cultural issues, liability issues, complaint procedures, and obligations under federal law.

 Task Force Officer (TFO) nominees must be United States citizens, sworn law enforcement officers (LEO), and have at least 2 years LEO experience.

 The 287(g) TFM is supervised by the local ICE ERO field office.

The 287(g) Task Force Model serves as a force multiplier by allowing state and local law enforcement agencies to enforce limited immigration authority during routine police enforcement duties. This model allows state and local agencies to carry out immigration enforcement activities in non-custodial settings while under ICE supervision and oversight.

## 287(g) TFM BY THE NUMBERS
*Reflects Fiscal Year 2025 – (1/20/25 - 3/11/25)*

  

**16** States with Task Force Model partners

**141** LEAs Participating

**625** Participants Trained (to-date)

## TFM PARTNER BENEFITS

| INFORMATION SHARING | SPECIALIZED TRAINING | ENHANCED PUBLIC SAFETY |
|---|---|---|
|  |  |  |
| Collaboration among Federal, State, and Local agencies | Provided virtually by approved ICE training | Reduce the number of criminal aliens and immigration violators in the community |

### AGREEMENTS + PARTNERSHIPS + TRAINING =
# SAFE ARRESTS



Questions? Email **ERO287g@ice.dhs.gov** or visit **www.ice.gov/identify-and-arrest/287g**

