# EXHIBIT G

# CARROLL POLICE DEPARTMENT
### P.O. Box 203
### TWIN MOUNTAIN, NEW HAMPSHIRE 03595

#### CHIEF TADD A. BAILEY

September 18, 2025

Director Gilles Bissonnette

New Hampshire ACLU

18 Low Ave.

Concord, NH 03301

Re: Right-to-Know Request

Dear Director Bissonnette,

In response to your Right-to-Know email request dated September 16, 2025, I submit the following for your specific requests;

1. The Carroll Police Department does not have, nor maintains documents/ records of personnel who were nominated by the Carroll Police Department and certified by the Department of Homeland Security - U.S. Immigration Customs Enforcement to participate in the 287(g) Task Ford Model Program. The Town of Carroll Police Department employs eight (8) police officers, four (4) of which have chosen to participate in the program, see attached SASS student enrollment for further information.

   Attached to this response is the email communication that took place for the "LEA 287g Onboarding" process. You will find that email along with the SASS student enrollment form 287g TFO 1. Please note that the password information on the LEA 287g Onboarding email along with some personal identifying information on the SASS student enrollment form has been redacted under section 91-A:5 due to security and personal identifying information exemptions.

2. The Carroll Police Department is still in the "roll out" phase of initiating the 287(g) Task Force Model Program.

   We are still currently reviewing the Department of Homeland Security - U.S. Immigration Customs Enforcement policies and procedures for the 287(g) Task

# CARROLL POLICE DEPARTMENT
### P.O. BOX 203
## TWIN MOUNTAIN, NEW HAMPSHIRE 03595

### CHIEF TADD A. BAILEY

Force Model Program, which are the policies and procedures we will be operating under once implemented.

Currently, officers have not / will not be taking any action concerning the 287(g) Task Force Model Program until the policies / procedures are implemented and they have been appropriately trained.

Respectfully,

Chief Tadd Bailey
Carroll Police Department



**LEA 287g Onboarding**

| | |
|---|---|
| **From** | CGS287g <CGS287g@ice.dhs.gov> |
| **Date** | 2025-07-03 17:18 |

📄 SASS student enrollment form 287g TFO 1.xls (~105 KB)

Good afternoon,

We are pleased to send you the SASS form for officer training registration.

The SASS form is the first step to train your officers as required for 287(g) credentialing. Please fill this form out completely for any law enforcement officer that will be a part of the 287(g) Task Force Program for your agency. Once received, the officer will be entered into our training system and will have 60 days to complete.

To be eligible for training, an officer MUST:
- Be an active officer
- Have at least two (2) years of experience as a law enforcement officer
- Be able to complete training in the next 60 days

We cannot process volunteers, auxiliary officers, etc. Officers on extended leave should be submitted upon their return to duty. Please let us know if any officers on the submitted list are no longer participating in the 287(g) program to ensure that ICE maintains accurate records of your officers and can complete credentialing in a timely manner for your agency.

The officers will also need to utilize their work emails throughout the training process. Any use of personal email may result in delays to final credentialing. We do accept new submissions after a class starts, however we ask that any new submission be on a separate SASS form with **just** the officers being added.

Please note that training emails will come from an @fletcldhs.gov email address.

**Please note that the SASS form is already password protected- Password is** 

We require the SASS form prior to training, and we also request that SASS forms be returned within 10 business days.

**To expedite the issuance of your officers' credentials following their training, please provide the following information when you return the SASS form:**

**Shipping POC Name (and care of, if applicable):**
**Shipping POC Email:**
**Shipping POC Phone:**
**Shipping Address:**

**ALL credentials for your agency will be delivered to the above-named shipping POC and address following completion of training.**

We are here to address any questions and look forward to receiving the SASS form and your shipping information in the coming days.

Respectfully,

*287(g) Support*