# EXHIBIT I

# Attorneys warn immigrants about interstate travel risks: 'Avoid going to New Hampshire'

Even those with valid work authorization are being locked up, without any criminal charges, as some local police aid in President Trump's mass deportations agenda

By **Steven Porter** Globe Staff, Updated November 26, 2025, **2 hours ago**



Detainees being held in federal immigration custody by the Strafford County Department of Corrections in Dover, N.H., in late February, waited to speak with Maggie Fogarty, coordinator of the New Hampshire Immigrant Visitation Program. CRAIG F. WALKER/GLOBE STAFF

With the rollout of President Trump's mass deportations agenda this year, some attorneys who represent immigrants in Massachusetts have taken to giving their clients a new piece of standard advice: Be careful about crossing state lines.

Fernanda Marra Romeiro, an attorney with Celedon Law in Marlborough, said many immigrants have been stopped and detained in Northern New England, including people with valid work authorization who were shocked to be taken into custody while traveling to or from job sites in Maine and New Hampshire.

These days, anyone who lacks full legal status — such as those who are seeking asylum after crossing the border without authorization — should steer clear of states where local police might call federal immigration authorities, Romeiro said.

"That's basically the warning that we've been giving our clients or prospect clients: to avoid driving in New Hampshire, avoid going to New Hampshire . . . because even if you're a passenger, the motor vehicle that you're in could get stopped," she said.

That's exactly what happened Oct. 6 to one of Romeiro's clients, a 23-year-old man from Brazil with work authorization in the United States. He was on his way home to Lowell when local police in Troy, N.H., stopped the vehicle in which he was a passenger, allegedly for speeding.

Romeiro's client, who declined The Boston Globe's interview request, identified himself during the traffic stop and produced a work authorization card valid for two more years, according to court filings. The officer took him into custody at the behest of Immigration and Customs Enforcement. He spent the next month behind bars, without any criminal charges.

That detention is far from unique.

Kira Gagarin, an immigration attorney based in Framingham who specializes in working with immigrants who entered the country as unaccompanied minors, said she didn't use

to worry about her clients traveling across state lines within New England, as long as they carried a valid work authorization document and kept up with their court dates and required check-ins.

Now she advises them to stay away from both New Hampshire, where ICE has partnered with the Troy Police Department and [11 other law enforcement agencies](), and Maine, where much of the immigration enforcement activity involves Customs and Border Protection.

"It's sad," she said, "because that's where their jobs are. . . . They have roofing companies, construction companies, landscaping companies where they're working lawfully, with work permits, and filing their taxes."

An ICE spokesperson did not respond to a request for comment.

[Matthew J. Maiona](), an immigration attorney based in Boston, said lawyers should push back against the Trump administration's potentially illegal and unconstitutional tactics, but immigrants need to be vigilant and pragmatic about navigating their own circumstances. That means avoiding situations that could lead to trouble, and having a plan of action to ensure others will be prepared to help if an unexpected detention occurs, he said.

Maiona encouraged immigrants to notify loved ones in advance if they plan to travel into New Hampshire.

"We really have to be practical and try to protect ourselves as best as possible," he said, "by just understanding the landscape and what type of a situation it is and try to do things that in the long run will protect you."

Under a new law that took effect this fall, New Hampshire stopped recognizing certain out-of-state driver's licenses issued "exclusively to undocumented immigrants." There are only two states, [Connecticut and Delaware](), that issue such licenses.

Leaders of the Republican-controlled New Hampshire Legislature have touted the new law and others — including a [ban on sanctuary cities](#) — as sending a black-and-white message.

"If you are in our country illegally, [you are not welcome](#) in the State of New Hampshire," House deputy majority leader Joe Sweeney said earlier this year on social media. "House Republicans have made that clear throughout this legislative session."

Maiona said some immigrants whose status the Trump administration describes as "illegal" are actually in the middle of claiming asylum or pursuing another form of legally authorized relief. Many have received temporary permissions to live and work in the United States, if they abide by certain conditions, while their cases proceed.

That was the case for the 23-year-old arrested in Troy. He has been undergoing a yearslong process to secure lawful permanent residency. He was designated during the Biden administration as a [special immigrant juvenile](#), which offers some relief for young undocumented immigrants who were abused, neglected, or abandoned by their parents. He was also granted deferred action, which was supposed to provide some security while he awaits his turn to apply for a green card.

The Trump administration has taken a more aggressive posture, claiming undocumented immigrants who entered the country illegally — even those who have since stayed out of trouble and made major strides toward securing full legal status — are subject to mandatory detention for the duration of their immigration proceedings.

The deferred action that was supposed to protect the 23-year-old laborer from Brazil didn't forestall his arrest. Only after he sat in federal custody for two weeks did the government notify him that his deferred action was terminated, according to court filings.

Romeiro and her co-counsel, Vinicius Damasceno, contend neither ICE nor Troy police had a lawful basis to arrest him.

Federal authorities detained the man at [the Strafford County jail](#) in Dover, N.H., insisting he was ineligible for a bond hearing. They released him on Nov. 5 after a federal judge ruled he was being detained unlawfully.

Chief Judge Landya B. McCafferty in the US District Court for New Hampshire had already issued comparable rulings in a series of similar cases filed on behalf of immigrants held without bond at the Strafford County jail and the federal prison in Berlin, N.H.

The pattern had become so predictable that by the time the Troy case reached McCafferty, the US attorney's office had begun filing abbreviated responses to each similar petition, acknowledging the judge would likely rule against the government yet again.

Troy police Chief David Ellis Jr., who performed the traffic stop and took the man from Brazil into custody at ICE's direction, said he followed proper procedures under his department's "[task force model](#)" agreement with ICE, and he won't think twice about continuing to do so.

"I do not regret doing my job," he said.

The recent influx of petitions to the US District Court comes after the Board of Immigration Appeals, which is part of the Department of Justice, issued [a precedential decision](#) in early September that favors the Trump administration's stance on mandatory detention. Based on that decision, the DOJ's immigration judges keep concluding they lack authority to grant bond to people such as the man arrested in Troy.

[Ryan P. Sullivan](#), an attorney in Andover, Mass., who has represented several ICE detainees this year in New Hampshire's federal court, said the Trump administration's interpretation is a "ridiculous" effort to deny people due process unless and until a federal judge intervenes.

"It's a numbers game," he said.

While ICE tries to arrest, detain, and deport as many people as possible in pursuit of the Trump administration's quotas, Sullivan said holding them without bond seems to be a pressure tactic.

"We're on the front lines," he said, "of a new way in which the government is targeting these vulnerable individuals and trying to think creatively on how they can violate their rights."

―――――――

Steven Porter can be reached at steven.porter@globe.com. Follow him @reporterporter.

  Show comments

©2025 Boston Globe Media Partners, LLC