# EXHIBIT J

12/22/25, 12:01 PM
Immigration arrest in Troy leads to two weeks in Dover jail | Local News | keenesentinel.com
Case 1:26-cv-00017    Document 1-10    Filed 01/15/26    Page 2 of 4

https://www.keenesentinel.com/news/local/troy-nh-immigration-enforcement-leads-to-arrest-of-married-father-of-two/article_d7dc44e5-bbe9-4b25-aa37-29d6d5507bdb.html

TOP STORY

# Immigration arrest in Troy leads to two weeks in Dover jail

By Rick Green Sentinel Staff
Dec 12, 2025

Juan Carlos Malan Quizhpi was driving to a construction job early on Oct. 7 when Troy Police Chief David Ellis stopped him on a speeding allegation, took him to Manchester and handed him over to U.S. Immigration and Customs Enforcement.

The 26-year-old then spent 15 days in ICE custody in Strafford County jail in Dover before he was released through court proceedings.

Landya B. McCafferty, a judge in U.S. District Court in Concord, ruled on Oct. 14 that Quizhpi's "present detention without a bond hearing violates" the federal Immigration and Nationality Act.

She ordered that an immigration judge hold a bond hearing within a week. Quizhpi posted a $4,500 bond and was released on Oct. 22.

The ruling is similar to many others that have been made in New Hampshire and across the country this year in response to thousands of habeas corpus petitions challenging an ICE policy change causing people to be held indefinitely pending deportation proceedings.

Quizhpi (pronounced Keesh-pee) came to the United States from Ecuador about six years ago, according to a legal filing in the case, which also said he fled persecution in his native country.



The filing by defense attorney Ryan Sullivan says Quizhpi lives in Massachusetts with his wife and two young children.

Alexandra Peredo Carroll, an attorney who is director of legal education and advocacy for the Mabel Center for Immigrant Justice in Boston, helped on the case.

"He has a newborn baby and a very young girl, who kept asking, 'Where's my dad?' "Carroll said. "That's heartbreaking. She's wondering why her dad went to work one morning and didn't come home.

"It's excruciating. He is the sole breadwinner. The separation was traumatic, and this all puts them in an incredibly vulnerable position, with bills to pay for food, rent and everything else."

She said he will be subject to removal proceedings.

Chief Ellis entered into an enforcement agreement with ICE this year, and said Monday that he or his officers had made a dozen immigration arrests, 10 on N.H. Route 12 through the small town and two others outside the Cheshire County Courthouse in Keene.

Carroll said Quizhpi was known to immigration officers.

"He was going through the legal immigration process, and there was no basis to pick him up aside from him being a foreign national."

Ellis said in a police report that Quizhpi, who had a valid Massachusetts driver's license, was doing 70 mph in a 55 mph zone, and had also crossed over the white fog line several times.

The chief said in the report that he ran a query through police dispatch that showed "he was not legally in the United States and is currently under removal proceedings."

Carroll said she thinks the Troy police traffic stop was an example of racial profiling, that her client wasn't speeding and that there was no good reason for the arrest.

"He had no criminal history, and he wasn't a flight risk," she said. "He is married, has ties to his community and is complying with everything asked of him by immigration and has had contact with immigration previously."

In September, the American Civil Liberties Union filed a class action lawsuit in federal court in Boston to challenge the widespread denial of bond hearings to people detained by ICE.

The litigation said that ICE has been diverging from a longstanding federal immigration policy that allowed bond hearings for many non-citizens arrested in the interior of the country.

Habeas docket is a nonprofit set up to track the many habeas corpus cases that have been filed in response to the policy change. It shows 62 active cases now in New Hampshire and 5,700 active cases nationwide.

Habeas corpus is a legal and constitutional right that protects against unlawful imprisonment by requiring that the government justify in court a person's detention.

Politico reported last month that at least 225 judges have ruled in more than 700 cases that the new ICE policy likely violates the law.

---

Rick Green can be reached at 603-352-1234, extension 1435, or rgreen@keenesentinel.com.

Rick Green

Learn more about your privacy options