# EXHIBIT K



# Troy Police Department
## Arrest Report

### Arrest #: 25-23-AR

```
Date/Time Reported: 09/23/2025 @ 0713
  Arrest Date/Time: 09/23/2025 @ 0836
 Booking Date/Time: 09/23/2025 @ 0836

              TN #:
 Reporting Officer: Chief DAVID ELLIS
   Booking Officer: Chief DAVID ELLIS

         Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | CHIMBORAZO AZOGUE, WILLIAM PATRICIO | M | W | 34 | NOT AVAIL | |
| | ▉▉▉▉▉ MA | | | | | |

```
Military Active Duty: N
              HEIGHT: 504      WEIGHT: 165        HAIR: NOT AVAIL.      EYES: NOT AVAIL.
                BODY: NOT AVAIL.          COMPLEXION: NOT AVAIL.
                 DOB:                  PLACE OF BIRTH: NOT AVAIL.
      LICENSE NUMBER: NOT AVAIL.            ETHNICITY: HISPANIC
```

_____[APPEARANCE]_____

```
            GLASSES WORN: NO
```

_____[RIGHTS/BOOKING CHECKS]_____

```
        FINGERPRINTED: N
         PHOTOGRAPHED: Y
        SUICIDE CHECK: Not Performed
              PERSONS: State&Federal
            WANTED BY: ICE FOR REMOVAL WARRANT PENDING WITH ICE
   NCIC VEHICLE CHECK: Not Performed
     INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street    Zone: NORTH | | | |
| | NORTH MAIN ST | | | |
| | TROY NH 03465 | | | |
| 1 | DETENTION OF PERSON | N | Not Applicable | U |
| | 594        19-A | U | | |
| | OCCURRED: 09/23/2025   0836 | | | |

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: **25-23-AR**

On September 23, 2025 at about 0713 hours I was running stationary radar on Fitzwilliam Rd Rt 12 in the Town of Troy, NH when a pick up truck passed me traveling north bound at 45 MPH in a 30 MPH zone.

I proceeded after the vehicle and pulled the vehicle over on North Main St just north of Central Square.

I approached the driver side of the vehicle and asked the driver for his license or ID with my Google Translate on my cell phone.

The driver gave me a Republic Of Ecuador Identity Card with the name WILLIAM PATRICIO CHIMBORAZO AZOGUE date of birth .            . (SEE ATTACHED COPY)

I contacted LESC at 802-394-5911 and spoke with somebody that needed a pin number from me, I explained I didnt have one, they told me to contact my dispatch and have them run a query through their computer.

I contacted Cheshire County Dispatch and had them run a query on WILLIAM.

While I was waiting I asked WILLIAM questions from the ICE Interview form.

When I got the query back from Cheshire County Dispatch, it stated that ICE records indicated that WILLIAM appears to have an outstanding warrant of removal pending with ICE.

I spoke with Franco Jeanpierre who told me to call a David (LNU) from the Manchester, NH office, David (LNU) asked me to transport WILLIAM to the Manchester, NH office.

I transported WILLIAM to the Manchester, NH office and release WILLIAM to David (LNU).

TROY002



**Troy Police Department**
**Arrest Report**

## Arrest #: 25-24-AR

```
Date/Time Reported:  09/26/2025 @ 0649
  Arrest Date/Time:  09/26/2025 @ 0715
 Booking Date/Time:  09/26/2025 @ 0725

              TN #:
 Reporting Officer:  Chief DAVID ELLIS
  Booking Officer:  Chief DAVID ELLIS

        Signature:
```

| # | DEFENDANT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | LOPEZ LOPEZ, YERI A | | M | W | 30 | NOT AVAIL | |
| | ███████ MA | | | | | | |

```
Military Active Duty: N
             HEIGHT: 505        WEIGHT:              HAIR: NOT AVAIL.        EYES: NOT AVAIL.
               BODY: NOT AVAIL.            COMPLEXION: NOT AVAIL.
                DOB:                   PLACE OF BIRTH: NOT AVAIL.
     LICENSE NUMBER: NOT AVAIL.              ETHNICITY: HISPANIC
```

**[CONTACT INFORMATION]**

```
        Home Phone        (Primary)        ███████
```

**[APPEARANCE]**

```
        GLASSES WORN: NO
```

**[RIGHTS/BOOKING CHECKS]**

```
        FINGERPRINTED: N
         PHOTOGRAPHED: N
        SUICIDE CHECK: Not Performed
              PERSONS: State&Federal
            WANTED BY: ICE FOR IMMIGRATION ACT VIOLATION
    NCIC VEHICLE CHECK: Not Performed
     INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street | Zone: CENTRAL SQUARE | | | | |
| | CENTRAL SQ | | | | | |
| | TROY NH 03465 | | | | | |
| 1 | DETENTION OF PERSON | | | N | | Not Applicable |
| | | 594 | 19-A | | | |
| | OCCURRED: 09/26/2025   0715 | | | | | |

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-24-AR

On September 26, 2025 at about 0649 hours I was running stationary traffic radar on the Fitzwilliam Rd by Lepistos garage, I got a vehicle traveling north bound on radar at 43 mph in a 30 mph, the vehicle was a white Chevy pick up truck.

I stopped the vehicle in Central Square just before the town hall.

I approached the vehicle and asked the male driver for his license or ID.

The driver gave me a valid Mass drivers license with the name YERI A LOPEZ LOPEZ DOB (                    ) from ██████████  ██████████ MASS.

I explained why I was stopping him, 43 mph in a 30 mph zone.

I went back to the cruiser and ran a Mass license check and a LESC Query through Cheshire County Dispatch.

Cheshire County Dispatch contacted me and stated that his drivers license was valid, then they told me to call them on the phone.

Cheshire County Dispatch told me that the query shows that YERI, APPEARS TO HAVE BEEN PREVIOUSLY REMOVED, and I.C.E. RECORDS INDICATE THAT THIS SUBJECT WAS REMOVED FROM THE UNITED STATES. NO RECORD OF A LEGAL RE-ENTRY HAS BEEN FOUND.

At this point I went back up to the vehicle and explained to YERI what I was told by my dispatch, I asked YERI if he would come with me to the police station so that we could check into this some more, YERI agreed and got out of the vehicle and walked back to the cruiser, YERI could understand and speak some english.

YERI was transported to the Troy Police Department, I had the Query faxed to the Police Department.

The Query stated what I put above.

I contacted the on call agent at the Manchester, NH Office Brian Baga and explained what and who I had on a traffic stop.

Brian Baga looked up the information I gave him and he asked if we would transport YERI to the Manchester, NH office, which we did.

At the Manchester Office I gave David Ciulla YERIS black wallet with $120.00 cash in it and a blue Visa card, 2 - green visa TD bank cards and a Mass health card, a property receipt was done for the above property, David Ciulla at the Manchester office signed and recieved the property from me.



Arrest Report

### Arrest #: 25-26-AR

Date/Time Reported: 10/01/2025 @ 1622
Arrest Date/Time: 10/02/2025 @ 1622
Booking Date/Time: 10/02/2025 @ 1630

TN #:
Reporting Officer: Chief DAVID ELLIS
Booking Officer: Chief DAVID ELLIS

Signature:

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MEJIA RODRIGUEZ, EVER OBDULIO | M | W | 26 | NOT AVAIL | |
| | ▇▇▇▇ MA | | | | | |

Military Active Duty: N
HEIGHT: 505          WEIGHT: 130          HAIR: BLACK     EYES: BROWN
BODY: NOT AVAIL.               COMPLEXION: NOT AVAIL.
DOB:                          PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: MA ▇▇▇▇           ETHNICITY: NOT HISPANIC

[APPEARANCE]

GLASSES WORN: NO

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street     Zone: SOUTH | | | |
| | FITZWILLIAM RD | | | |
| | TROY NH 03465 | | | |
| 1 | DETENTION OF PERSON | N | Not Applicable | |
| | 594          19-A | | | |
| | OCCURRED: 10/01/2025   1622 | | | |

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-26-AR

On October 1, 2025 at about 0704 hours I was running speed radar on North Main St, when a gray Toyota Corolla past me traveling north bound at 46 MPH in a 30 MPH zone.

I stopped the vehicle on north main st by dollar general, the plate was Mass. ████.

I approached the vehicle and got the drivers license and registration.

I explained to the driver who was identified as Ever Obdulio Mejia Rodriguez date of birth  from his Mass drivers license, he was from ████ Mass, I explained to him why I was stopping him.

I went back to the cruiser and ran a motor vehicle license check and ICE query through Cheshire County Dispatch in Keene, NH.

The query didn't come back right off so I let Rodriguez go with a warning for speed.

The ICE query came back after I let him go showing that the request does not indicate that the name queried is either an alien or US Citizen. (I saw this after I got back to the Police Department)

I contacted the Manchester, NH  ICE office and ran Rodriguez through Agent David Ciulla.

At about 1330 hours I recieved a call from ICE stating that they would take Rodriguez if I saw him again.

At about 1622 hours I was monitoring traffic in Central Square in Troy, NH when I noticed Rodriguez traveling south bound through Central Square.

I followed Rodriguez and stopped him at the Troy, NH Fire Department on the Fitzwilliam Rd.

I approached Rodriguez and explained why I stopped him and explained what was going to happen.

I had the assistance from Master Patrolman Bianchi.

Rodriguez was handcuffed and placed in the cruiser and buckled in the back seat of the cruiser.

Rodriguez was transported to the Troy, New Hampshire Police Department and processed.

Master Patrolman Bianchi asked Rodriguez the questions on the ICE interview form.

At about 1800 hours myself and Officer Chancey of the Troy, New Hampshire Police Department transported Rodriguez to the Strafford County House Of Corrections in Dover, New Hampshire.



Troy Police Department
Arrest Report

**Page: 1**
**10/06/2025**

Arrest #: 25-28-AR

Date/Time Reported: 10/06/2025 @ 0633
Arrest Date/Time: 10/06/2025 @ 0704
Booking Date/Time: 10/06/2025 @ 0715

TN #:
Reporting Officer: Chief DAVID ELLIS
Booking Officer: Chief DAVID ELLIS

Signature:

| # | DEFENDANT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | CORTEZ MURILLO, OLANDO ADEMIR | | M | W | 39 | NOT AVAIL | |
| | MA | | | | | | |

Military Active Duty: N
HEIGHT: 506          WEIGHT: 185          HAIR: BLACK          EYES: BROWN
BODY: NOT AVAIL.          COMPLEXION: NOT AVAIL.
DOB:          PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.          ETHNICITY: UNKNOWN

[APPEARANCE]

GLASSES WORN: NO

| # | OFFENSE(S) | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street     Zone: NORTH NORTH MAIN ST TROY NH 03465 | | | | |
| 1 | DETENTION OF PERSON | | N | | Not Applicable |
| | 594          19-A | | | | |
| | OCCURRED: 10/06/2025     0747 | | | | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | CAMRY | 2008 | TOYT | | BLU | | MA | |

STATUS: Impounded                                        DATE: 10/06/2025
OWNER: CORTEZ MURILLO, OLANDO ADEMIR
TOWED TO: J & J AUTOBODY
          103 SOUTH ST
          TROY NH 03465
TOWED BY: J & J AUTOBODY          TOWING CHARGES:

TROY007

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-28-AR

On October 6, 2025 at about 0633 hours I was patroling on North Main St Rt 12 in the town of Troy, New Hampshire traveling north bound.

I noticed a motor vehicle two vehicles in front of me , we were traveling north bound just before the rest area.

We were traveling at 55 mph in a 55 mph zone, all of a sudden the vehicle two vehicle in front of me put on his brakes and slowed right down to 45 mph, the vehicle continued at 45 with his brake lights on, there was nothing in front of him to warrant slowing down to that speed.

I activated the blue lights and stopped the vehicle.

I approached the vehicle and asked for his license and registration using the google app on my cell phone, I used the spanish speaking app.

I recieved his license and registration, the driver was identified as ORLANDO ADEMIR CORTEZ MURILLO DOB ▮▮▮▮▮ of ▮▮▮▮▮, Mass.

I ran a Mass license check through Cheshire County Dispatch which showed he had a valid Mass license.

I also ran a Query through the On Call Ice agent on Murillo.

It showed that he had been previously removed and no record of a legal re-entry was found.

The On Call agent stated that they wanted him.

I took Murillo into custody and transported him to the Troy, NH PD, after processing I transported him to the Ice office in Manchester, New Hampshire.



# Troy Police Department
## Arrest Report

### Arrest #: 25-30-AR

```
Date/Time Reported: 10/06/2025 @ 1537
 Arrest Date/Time: 10/06/2025 @ 1600
Booking Date/Time: 10/06/2025 @ 1632

            TN #:
Reporting Officer: Chief DAVID ELLIS
 Booking Officer: Chief DAVID ELLIS

       Signature:
```

| # | DEFENDANT(S) | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|
| 1 | █████████████████ ████ MA | | | M | W | 35 | NOT AVAIL | |

```
Military Active Duty: N
            HEIGHT: 502      WEIGHT:            HAIR: BLACK    EYES: BROWN
              BODY: NOT AVAIL.           COMPLEXION: NOT AVAIL.
               DOB:                   PLACE OF BIRTH: NOT AVAIL.
    LICENSE NUMBER: NOT AVAIL.          ETHNICITY: NOT HISPANIC
```

_____ [APPEARANCE] _____

```
            GLASSES WORN: NO
```

| # | OFFENSE(S) | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street    Zone: CENTRAL SQUARE CENTRAL SQ TROY NH 03465 | | | | |
| 1 | DETENTION OF PERSON          594      19-A OCCURRED: 10/06/2025    1600 | | N | | Not Applicable |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | ELANTRA | 2006 | HYUN | | RED | | MA ████ | $0.00 |
| | STATUS: Seized (Not Previously Stolen)     DATE: 10/06/2025 OWNER: ██████████████████ | | | | | | | |

NARRATIVE FOR CHIEF DAVID B ELLIS
Ref: 25-30-AR

On October 6, 2025 at about 1540 hours I was running stationary radar on North Main St at the Baptist Church, when a vehicle traveling south bound past my location at 48 mph in a 30 mph zone, this was on the KR10 radar unit in the Dodge Ram police vehicle.

I stopped the vehicle in Central Square, the vehicle had Mass license plate ███████.

The driver of the vehicle was identifed as a ██████████████ DOB ██████ produced a valid Mass drivers license.

I ran a motor vehicle license check through Cheshire County Dispatch on ███████████ DOB ████████ which came back that he had a valid Mass drivers license, I also had the dispatch run a L.E.S.C. Query on ██████, which showed that ICE wanted ████ held for removal proceedings.

I explained to ██████ that ICE wanted to speak with him and that we will be bringing him to the Strafford County DOC to speak with somebody from ICE.

At this point I detained ████ and placed him in the back of the cruiser.

Next I went back to the vehicle and asked the passenger if he had a drivers license so that he could drive the vehicle.

The passenger gave me a United States Of America Employment Authorization ID card showing the name ██████████████ date of birth ██████

I asked ██████████ if he had a drivers license and he told me that he didn't.

I had Cheshire County dispatch run ████████ through L.E.S.C to check on his status, because he had the Employment Authorization ID card.

The result of the L.E.S.C. showed that ICE also wanted a hold to speak with ████████ about removal proceedings.

I got the approval to hold both ████ and ██████ from Ice Agent Gilbert.

The vehicle was towed to J&J Auto in Troy, New Hampshire.

Both ████ and ██████ where transported to the Strafford County DOC in Dover, New Hampshire.



# Troy Police Department
## Arrest Report

### Arrest #: 25-31-AR

Date/Time Reported: 10/06/2025 @ 1537
Arrest Date/Time: 10/06/2025 @ 1600
Booking Date/Time: 10/06/2025 @ 1635

TN #:
Reporting Officer: Chief DAVID ELLIS
Booking Officer: Chief DAVID ELLIS

Signature:

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ███████████ | M | W | 23 | NOT AVAIL | |
| | ███ MA | | | | | |

Foreign National: Y          Country of Origin:  BRAZIL
Military Active Duty: N
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB: '                         PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.                ETHNICITY: NOT HISPANIC

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE:  Highway/Road/Alley/Street    Zone: CENTRAL SQUARE<br>CENTRAL SQ<br>TROY NH 03465 | | | |
| 1 | DETENTION OF PERSON<br>          594      19-A<br>     OCCURRED: 10/06/2025   1600 | N | Not Applicable | |

NARRATIVE FOR CHIEF DAVID B ELLIS
Ref: **25-31-AR**

On October 6, 2025 at about 1540 hours I was running stationary radar on North Main St at the Baptist Church, when a vehicle traveling south bound past my location at 48 mph in a 30 mph zone, this was on the KR10 radar unit in the Dodge Ram police vehicle.

I stopped the vehicle in Central Square, the vehicle had Mass license plate ███████.

The driver of the vehicle was identifed as a ██████████████ DOB          , ████ produced a valid Mass drivers license.

I ran a motor vehicle license check through Cheshire County Dispatch on ████████████ DOB          which came back that he had a valid Mass drivers license, I also had  the dispatch run a L.E.S.C. Query on ████, which showed that ICE wanted ████ held for removal proceedings.

I explained to ████ that ICE wanted to speak with him and that we will be bringing him to the Strafford County DOC to speak with somebody from ICE.

At this point I  detained ████ and placed him in the back of the cruiser.

Next I went back to the vehicle and asked the passenger if he had a drivers license so that he could drive the vehicle.

The passenger gave me a United States Of America Employment Authorization ID card showing the name ████████████████ date of birth

I asked ██████████ if he had a drivers license and he told me that he didn't.

I had Cheshire County dispatch run ███████ through L.E.S.C to check on his status, because he had the Employment Authorization ID card.

The result of the L.E.S.C. showed that ICE also wanted a hold to speak with ██████ about removal proceedings.

I got the approval to hold both ████ and ██████ from Ice Agent Gilbert.

Both ████ and ██████ where transported to the Strafford County DOC in Dover, New Hampshire.



Arrest Report

**Page: 1**
**11/17/2025**

Arrest #: 25-32-AR

```
Date/Time Reported: 10/07/2025 @ 0705
 Arrest Date/Time: 10/07/2025 @ 0746
Booking Date/Time: 10/07/2025 @ 0830

                TN #:
Reporting Officer: Chief DAVID ELLIS
 Booking Officer: Chief DAVID ELLIS

        Signature:
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MALAN QUIZHPI, JUAN CARLOS | M | W | 25 | NOT AVAIL | |
|   | ███████ MA | | | | | |

```
Military Active Duty: N
        HEIGHT: 506      WEIGHT:            HAIR: BLACK    EYES: BLACK
         BODY: NOT AVAIL.       COMPLEXION: NOT AVAIL.
          DOB:              PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: MA ███████   ETHNICITY: HISPANIC
```

[APPEARANCE]

```
        GLASSES WORN: NO
```

[RIGHTS/BOOKING CHECKS]

```
          PHONE USED: N
     ARRESTEE SECURED: N

        FINGERPRINTED: N
         PHOTOGRAPHED: N
       SUICIDE CHECK: Not Performed
            PERSONS: State&Federal
           WANTED BY: ICE FOR UNDER REMOVAL PROCEEDINGS
   NCIC VEHICLE CHECK: Not Performed
    INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street    Zone: NORTH | | | |
| | NORTH MAIN ST | | | |
| | TROY NH 03465 | | | |
| 1 | DETENTION OF PERSON | N | Not Applicable | U |
| | 594     19-A | U | | |
| | OCCURRED: 10/07/2025   0746 | | | |

TROY013

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-32-AR

On October 7, 2025 at about 0705 hours I was on patrol on North main St in the town of Troy, NH traveling north bound.

A vehicle in front of me had crossed over the white fog line several times, then the vehicle sped up to 70 MPH in a 55 MPH zone.

I pulled the vehicle over on north main st by the rest area.

I approached the vehicle and asked for his license and registration.

I had to use the google translate on my cell phone to communicate with the driver.

The driver was identified by his valid Mass drivers license as JUAN CARLOS MALAN QUIZHPI DOB ▄▄▄▄) from ████████, Mass.

I ran a Mass drivers license check and a Query through Cheshire County Dispatch.

The Query came back indicating that ICE records indicate that Juan was not legally in the United States and is currently under removal proceedings.

I contacted David Ciulla at the ICE office in Manchester, NH and he stated to bring Juan to the Manchester, NH office so that they can speak with Juan.

I explained that to Juan and that I was a DHS/ICE Task Force Officer and that I was going to transported him to the Manchester, NH ICE office.



**Troy Police Department**
**Arrest Report**

Page: 1
12/07/2025

## Arrest #: 25-34-AR

Date/Time Reported: 10/26/2025 @ 1945
Arrest Date/Time: 10/26/2025 @ 2030
Booking Date/Time: 10/26/2025 @ 2035

TN #:
Reporting Officer: Chief DAVID ELLIS

Signature:

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | FOLLECO RUEDA, ANGELO WLADIMIR | M | W | 33 | NOT AVAIL | |
| | UNKNOWN | | | | | |
| | ███ NY | | | | | |

Military Active Duty: N
HEIGHT: 505          WEIGHT: 140          HAIR: BLACK          EYES: BROWN
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB:                    PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.                    ETHNICITY: NOT HISPANIC

[APPEARANCE]

GLASSES WORN: NO

[RIGHTS/BOOKING CHECKS]

PHONE USED: N
ARRESTEE SECURED: N

FINGERPRINTED: N
PHOTOGRAPHED: N
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: ICE FOR VIOLENT CRIMES
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street     Zone: NORTH | | | |
| | NORTH MAIN ST | | | |
| | TROY NH 03465 | | | |
| 1 | DETENTION OF PERSON | N | | Not Applicable |
| | 594          19-A | | | |
| | OCCURRED: 10/26/2025   1945 | | | |

NARRATIVE FOR CHIEF DAVID E ELLIS

Ref: 25-34-AR

On October 26, 2025 at about 1945 hours I was on patrol on the Fitzwilliam Rd traveling south bound when a vehicle traveling north bound passed me, I noticed that the vehicle had no taillights that were working.

I turned around and proceeded after the vehicle to stop it for no taillights that were working.

I caught up to the vehicle and stopped it on North Main St just north of Central Square.

I approached the driver and asked for his license and registration.

The drivers name was Juan Villal Tavera DOB ⋅        5 from ███████, NY.

The vehicle was registered to a Great Look Construction Inc of ███████, Vt. VT reg. ███████ 2010 white ford econoline van.

Juan had a New York drivers license, I ran a NY license check and a query on Juan, the query came back that Juan was not legally in the US, I contacted the On Duty ICE agent, I gave him the information on Juan, he said he would call me back.

At this point I went up to the passenger who was identified by his NYC Identification Card as ANGELO WLADIMIR FOLLECO RUEDA DOB        OF ███████, NY.

I inquired if he had a drivers license just incase I had to detain Juan, he stated that he didn't have a drivers licensed, I ran a query through Cheshire County Dispatch on Angelo.

The on duty agent contacted me back and told me that Juan had been checking in with ICE like he was suppost to and just tell him to keep checking in.

I told the on duty agent that I was waiting for another query to come back and that I would contact him back if I needed anything.

I got the query back and it indicated that Angelo was not legally in the US and is currently under removal proceedings.

It appears that Angelo has an arrest which could be classified as a level one violator under immigration laws.

I contacted the on duty agent and ran Angelo by him and he checked and told me to detain him and transport him to Strafford County House Of Corrections.

I ran a crime records check on Angelo and it came back that he has a Protective Order out of New York City, a Assault 3rd degree with intent to cause physical injury in Queens County, NY, Harrassment 2nd degree physical contact and Robbery 2nd degree physical injury also Queens County, NY.

I went back up to Angelo and explained that I was a DHS/ICE TASK FORCE OFFICER and I am detaining him and transporting him to the Strafford County House Of Corrections for ICE.

NARRATIVE FOR CHIEF DAVID E ELLIS

Ref: 25-34-AR

At this point Angelo was detained and put in the cruiser for transport. Angelo was cooperative the entire time in custody.

Angelo was released to the Strafford County House Of Corrections.

TROY017



Troy Police Department
Arrest Report

Page: 1
11/04/2025

Arrest #: 25-35-AR
Call #: **25-3705**

Date/Time Reported: 10/27/2025 @ 1233
Arrest Date/Time: 10/27/2025 @ 1245
Booking Date/Time: 10/27/2025 @ 1245

TN #:
Reporting Officer: Corporal JEFFERY MACEK
Assisting Officer: Chief DAVID ELLIS

Signature:

| # | DEFENDANT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | MUÑOZ-MANRIQUE, JUAN J | | M | U | 24 | NOT AVAIL | |
| | ▆▆▆▆ MA ▆▆▆▆ | | | | | | |

Military Active Duty: N
HEIGHT: 508          WEIGHT:               HAIR: BLACK     EYES: BROWN
BODY: NOT AVAIL.               COMPLEXION: NOT AVAIL.
DOB:               PLACE OF BIRTH: COLOMBIA
LICENSE NUMBER: MA               ETHNICITY: HISPANIC

[APPEARANCE]

GLASSES WORN: NO

[FAMILY/EMPLOYMENT INFORMATION]

MARITAL STATUS: MARRIED

▆▆▆▆▆▆▆▆
CLINTON MA

OCCUPATION: PAINTER

[RIGHTS/BOOKING CHECKS]

FINGERPRINTED: N
PHOTOGRAPHED: N
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: ICE FOR IMMIGRATION ACT VIOLATION
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street    Zone: SOUTH | | | | |
| | FITZWILLIAM RD | | | | |
| | TROY NH 03465 | | | | |
| 1 | DETENTION OF PERSON ARRESTED | | N | | Not Applicable |
| | 594       19-A | | | | |
| | OCCURRED: 10/27/2025   1233 | | | | |

NARRATIVE FOR CORPORAL JEFFERY W MACEK

Ref: 25-35-AR

On Monday October 27,2025 at 1233 hrs, I was running stationary radar facing south bound at the Troy Fire Department on the Fitzwilliam Rd.

A white pickup passed me traveling north bound . The vehicle was locked on radar traveling 55 Mph in a marked 35 Mph zone.

I stopped the vehicle on the Fitzwilliam Rd by South Main St.

The registration was Mass ████ on a Ford Maverick pickup truck

I approached the driver and asked for his license and registration.

The owner of the vehicle was Metro west Painting Services INC
Address: ████████████ MA, ██████

The driver was identified by his Mass drivers license as:

Juar. Jose Munoz
DOB:
████████
████, Mass

I asked Juan if he knew why I stopped him . He said yes, speed. I told him that he was traveling 55 mph in a 35 mph zone, I could tell by his speach, english was not his first language.

I asked what country he was from and he told me Columbia.

I rar a Mass motor vehicle licence check on Juan.

I am a certified DHS/ICE Task Force Officer, I had Cheshire County Dispatch run a ICE query on Juan.

The query came back showing that ICE wanted to speak with Juan about Nonimmigrant Overstay, they instructed us to transport Juan to the Manchester Office of ICE.

I explained to Juan that I was a DHS/ICE Task Force Officer and was detaining him for ICE, I explained that ICE wanted to speak with him in reference to over staying on his work visa.

Juar. was taken to the Troy Police department and was allowed to call his wife and his employer.

The vehicle Juan was operating was a company vehicle. We parked vehicle in church parking lot on Fitzwilliam road and locked all the doors.

Juar. left keys and registration with the Troy Police. I spoke with company owner and they are coming to get the vehicle tomorrow some time before 4 pm.

NARRATIVE FOR CORPORAL JEFFERY W MACEK
Ref: 25-35-AR

We decided to drive the vehicle to the Troy Police Department and park it under the camera in front of the Police Department.

Chief Ellis and Officer Chancey of the Troy, NH Police Department transported Juan to the Manchester, NH ICE office to speak with an ICE agent about his status.

TROY020



# Troy Police Department
## Arrest Report

### Arrest #: 25-39-AR

```
Date/Time Reported:  11/06/2025 @ 0930
  Arrest Date/Time:  11/06/2025 @ 0930
 Booking Date/Time:  11/06/2025 @ 1000

              TN #:
Reporting Officer:  Chief DAVID ELLIS
Assisting Officer:  Corporal JEFFERY MACEK
 Booking Officer:  PATROLMAN AARON CHANCEY

       Signature:  [signature: Davd Ellis]
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | GUASCO CELA, FRANCISCO <br> ████████ <br> ███ MA | M | U | 60 | NOT AVAIL | |

```
Military Active Duty: N
           HEIGHT: 505        WEIGHT:           HAIR: BLACK    EYES: BROWN
             BODY: NOT AVAIL            COMPLEXION: NOT AVAIL.
              DOB: ███             PLACE OF BIRTH: NOT AVAIL.
   LICENSE NUMBER: MA █████         ETHNICITY: HISPANIC
```

[APPEARANCE]

```
           GLASSES WORN: NO
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street   Zone: OUT OF TOWN <br> 33 WINTER ST <br> KEENE NH 03431 | | | |
| 1 | DETENTION OF PERSON <br>      594    19-A <br> OCCURRED: 11/06/2025   0930 | N | | Not Applicable |

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-38-AR

On November 3, 2025 David Ciulla of the Manchester NH ICE office contacted me and asked if we could on November 6, 2025 at about 0815 hours go to the Keene District Court and detain a FRANCISCO GUASCO CELA DOB ⬛⬛⬛ and transport him to the Manchester, NH ICE office, FRANCISCO was at the Keene District Court for a DWI arraignment.

On November 6, 2025 at about 0800 hours myself and Sgt. Macek went to the Keene District Court to wait for FRANCISCO to show up.

FRANCISCO showed up at about 0802 hours, we followed him into the court and watch him go in the court room.

At about 0930 hours FRANCISCO came out of the court room, we waited outside of the court building and approached FRANCISCO when he got to his vehicle.

We used google translate to explain to him that we where DHS/ICE TASK FORCE OFFICERS, he could understand some english.

I had FRANCISO show me ID to verify that he was FRANCISCO GUASCO CELA, he showed me a valid Mass drivers license with a ⬛⬛⬛ Mass address.

We told him that we where going to take him to the ICE office in Manchester, NH to speak with an ICE Agent.

The interpreter that was in court that day was coming out of the court and I asked her if she would tell FRANCISCO what I had just told him just so I would know that he understood.

We placed him in the cruiser and transported him to the Troy, New Hampshire Police Department.

We drove his vehicle to the Troy PD so that we didnt have to have it towed, we told him to tell relatives that they could pick up the vehicle at the Troy PD.

After processing him at the Troy PD we transported him to the Manchester, NH ICE office.



Case 1:26-cv-00017   Document 1-2   Filed 01/15/26   Page 24 of 28

## Arrest #: 25-39-AR

Date/Time Reported: 10/24/2025 @ 0722
Arrest Date/Time: 10/24/2025 @ 0755
Booking Date/Time: 10/24/2025 @ 0800

TN #:
Reporting Officer: Chief DAVID ELLIS
Assisting Officer: PATROLMAN AARON CHANCEY
Booking Officer: PATROLMAN AARON CHANCEY

Signature: _David Ellis_

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | VIEIRA DOS ANJOS, PAULO SERGIO | M | W | 42 | NOT AVAIL | |
| | ▓▓▓▓▓ MA | | | | | |

Military Active Duty: N
HEIGHT: 506          WEIGHT:                 HAIR: BLACK      EYES: BROWN
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB:                         PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: MA ▓▓▓▓▓           ETHNICITY: NOT HISPANIC

[APPEARANCE]

GLASSES WORN: NO

[RIGHTS/BOOKING CHECKS]

PHONE USED: N
ARRESTEE SECURED: N

FINGERPRINTED: N
PHOTOGRAPHED: N
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: ICE FOR WARRANT OF REMOVAL
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street    Zone: NORTH NORTH MAIN ST TROY NH 03465 | | | |
| 1 | DETENTION OF PERSON | N | | Not Applicable |
| | 594          19-A | | | |
| | OCCURRED: 10/24/2025   0755 | | | |

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-39-AR

On October 24, 2025 at about 0721 hours I was operating traffic speed radar on North Main St in Troy, NH.

When a motor vehicle traveling north bound passed me at 44 mph in a 30 mph zone.

I stopped the vehicle on North Main St.

I approached the driver of the vehicle and asked for his license and registration.

The driver was identified by his valid Mass drivers license as PAULO SERGIO VIEIRA DOS ANJOS date of birth of ███████ from ██████ Mass.

I explained to PAULO why I stopped him.

I ran a motor vehicle license check through Cheshire County Dispatch and a L.E.S.C query.

The query check came back that ICE had a warrant for PAULO for removal.

I contacted the ON DUTY ICE agent to see if they wanted PAULO on the warrant, the ICE agent verified they did want him on the warrant.

I explained to PAULO that I was a DHS/ICE TASK FORCE OFFICER and that there was a warrant for his arrest through ICE.

I explained that I will be transporting him to the Manchester, NH office of ICE so that they can speak with him about his status in the US.

We transported PAULO to Manchester, NH ICE office and released him to an ICE agent.

TROY024



Troy Police Department
Arrest Report

Arrest #: 25-40-AR
Call #: **25-3941**

Date/Time Reported: 11/13/2025 @ 0800
Arrest Date/Time: 11/13/2025 @ 0935
Booking Date/Time: 11/13/2025 @ 0943

TN #:
Reporting Officer: Chief DAVID ELLIS

Signature: *[signature]*

| # | DEFENDANT(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | GONCALVES DA CUNHA, FABIANA | | F | W | 27 | ██████ | ██████ |
| | ███ NH ███ | | | | | | |

Military Active Duty: N
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB:                               PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.          ETHNICITY: NOT HISPANIC

[CONTACT INFORMATION]

Home Phone        (Primary)        ██████

[RIGHTS/BOOKING CHECKS]

FINGERPRINTED: N
PHOTOGRAPHED: N
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
WANTED BY: DHS/ICE MANCHESTER FOR ONGOING REMOVAL PROCEEDINGS
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Highway/Road/Alley/Street     Zone: OUT OF TOWN | | | |
| | WINTER ST | | | |
| | KEENE NH 03431 | | | |
| 1 | DETENTION OF PERSON ARRESTED | N | Not Applicable | |
| | 594     19-A | | | |
| | OCCURRED: 11/13/2025   0935 | | | |

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-40-AR

On November 10, 2025 I recieved a Warrant for arrest of Alien from a JEANPIERRE - SDDO authorized immigration officer from Manchester, NH office of ICE.

The warrant was for a FABIANA GONCALVES DA CUNHA DOB          I was told that she would be in the Keene District Court on November 13, 2025 at 0815 hours for an arraignment for operating without valid license.

I checked the docket for the Keene District Court and found that she would be in the Keene District Court on November 13, 2025 at 0815 hours.

On November 13, 2025 at about 0800 hours I went to the Keene District Court and verified that she was at court.

I met several people that I knew outside the court room and spoke with them for a while, I saw FABIANA come out of the court room with the interpreter and go to the window to get I assume her paperwork for the next court date.

At this time I went downstairs and went outside the court house.

The interpreter came out of the court building door, I asked her if I could speak to her, I explained to her that I was a Troy police officer and also a DHS/ICE Task Force Officer, I explained that I have a warrant for FABIANA issued by ICE office in Manchester, NH, I asked her if she would interprete for me when FABIANA comes outside and she stated that she would, she also thanked me for asking her to do this, she stated that she has offered other ICE officers to do that and they didnt want her to interprete for them.

When FABIANA came outside I had the interpreter ELSA ask FABIANA to come across the street so that I could speak to her, when we got to the other side of the street I had ELSA explain who I was and that I had a warrant issued by ICE for her.

She asked if she could call her husband and I said she could, this was all through the interpeter, I also had asked the interpeter where her child was and she stated at school.

We waited for her husband to show up but he never did, I explained to FABIANA through the interpreter that I just wanted to explain to her husband what was going on.

FABIANA then stated that her husbands boss wouldnt let him leave work.

At this point the interpreter explained to FABIANA that we would be going to the Manchester, NH office of ICE so that they could speak with her.

I had FABIANA get in the back of the cruiser and I buckled her in, I did not handcuff FABIANA because she was being very cooperative, I let her keep her purse and cell phone.

At this time I transported FABIANA to the Manchester, NH office of ICE, the starting milege was 166604 from Keene.

TROY026

NARRATIVE FOR CHIEF DAVID B ELLIS

Ref: 25-40-AR

Officer Chancey of the Troy Police Department transported with me to the ICE office.

The ending milege was 166658 at the Manchester office.

TROY027