# EXHIBIT N

# COLEBROOK POLICE DEPARTMENT
## INCIDENT REPORT

| 1. CAD Event Number | 2. ORI NO. | 3. Phone Number | 4. Other Agency Case # | 5. Department Case Number |
|---|---|---|---|---|
| 25-100750 | NH0041600 | 603-237-4487 | | 2025-100662 |

### CRIME / INCIDENT INFORMATION

| 7. Incident Date | 8. Incident Time | 9. Loc. of Crime or Incident (No. - Street) | 10. City | 11. County | 12. State | 13. Zip | 14. Location Zone |
|---|---|---|---|---|---|---|---|
| 11/25/2025 | 1843 Hrs | DANIEL WEBSTER HWY | COLEBROOK | COOS | NH | 03576 | |

| 15. No. | 16. RSA: | 17. Crime /Incident | 18. NIBRS | 19. Degree |
|---|---|---|---|---|
| 1 | 265:31 | STOP SIGNS; YIELD SIGNS | | V |
| 1 | 261:176 | FAILURE TO DISPLAY PLATES | | V |
| 1 | 612:14 | ARREST WITHOUT A WARRANT (FUGITIVE) | | N |

### PERSON(S) INVOLVED

| # | 20.Type | 21. Name (Last) | (First) | (Middle) | Home Phone / Cellular |
|---|---|---|---|---|---|
| 1 | ARRESTED | BALDIVIESO CAMPOY | JOSE | CARLOS | |

| 22. Full Address(No. and Apt/Suite) | 23. City | 24. County | 25. State | 26. Zip |
|---|---|---|---|---|
| | | | NY | |

| 27. Mailing Address ( if different than above) |
|---|
| NY |

| 28. Social Security No. | 29. DOB | 30. Age | 31. Sex | Race | Driver's License # / State |
|---|---|---|---|---|---|
| | | 22 | MALE | WHITE | |

### PROPERTY

| 63.Property Status | 65. Quantity | 66. Brief Description | 69.Value | 70. Date Recovered |
|---|---|---|---|---|
| | | | | |

### VEHICLE(S) INVOLVED

| 31. State | 32. Reg. Number | 33. Lic. Type (LIT) | 34. Year | 35. Model | 36. Body Type | 37. Color | 38. VIN |
|---|---|---|---|---|---|---|---|
| FL | 9 | PASS | 2015 | CITY EXPRESS | UNKNOWN | WHITE | |

### NARRATIVE / GIST

SEE CONTINUATION REPORT

| Print Rank / Name | Page No | Report Date | Reviewed By: |
|---|---|---|---|
| PATROLMAN ZACHARY BISHOP, ID#18-D | 1 Of 1 | 12/04/2025 | CHIEF PAUL RELLA, ID#18-A |
| Signature | | | Supervisor Signature |



# COLEBROOK POLICE DEPARTMENT
## CONTINUATION INVESTIGATION REPORT

| 1. CAD Event Number | 2. ORI NO. | 3. Phone Number | 4. Other Agency Case # | 5. Department Case Number |
|---|---|---|---|---|
| 25-100750 | NH0041600 | 603-237-4487 | | 2025-100662 |

### INCIDENT INFORMATION

**Date & Time**

| 6. Date | Time | Day of Week | 7. Agency Call Type | 8. Primary Assigned |
|---|---|---|---|---|
| 11/25/2025 | 1843 Hrs | TUE | TRAFFIC ENFORCE / MOTOR VEHICLE STOP | BISHOP, ZACHARY R |

| 9. Crime or Incident Location | 10. County | 11. Location Zone |
|---|---|---|
| DANIEL WEBSTER HWY, COLEBROOK, NH 03576 | COOS | |

### OTHER PEOPLE INVOLVED

| 12. Contact Type | 13. Name | 14. Address | 15. Date of Birth | 16. Sex | 17. Home | 18. Cell |
|---|---|---|---|---|---|---|
| DE | BALDIVIESOCAMPOY, JOSE CARLOS | | | MALE | | |

### NARRATIVE

On 25 November 2025 at approximately 1843 hrs. I was on patrol on RT 145 in Colebrook in a fully marked patrol unit when I observed a white van pass me heading south while I was driving north. I observed damage to the front bumper and no front license plate but could not make out the rear license plate. I turned around and caught up to the vehicle. As I got behind the vehicle, I observed it to be a white Chevy van bearing FL Registration           . This registration was only known to me as a Florida registration by the license plate design of the peaches, as the state of registration was obscured by a thick, black license plate frame in violation of RSA 261:176.

The vehicle approached the intersection of Park Street (AKA RT 145) and Main Street (AKA RT3) and failed to make a complete stop at the stop sign posted at the intersection before turning left. This is a very busy T intersection of two main routes and is blind from the left as this sits at the base of a small hill. Even with a complete stop, it is often hard to judge whether it is safe to pull out or not. I ran the registration on my Mobile Data Terminal (MDT) and observed it came back to a Cablecoast Communications, registered out o

Once it was safe to do so, I initiated a motor vehicle stop on Main Street by the intersection of Bridge Street. I approached the vehicle from the passenger side and made contact with the operator who I identified by his New York driver's license as

### JOSE CARLOS BALDIVIESO CAMPOY

I observed Jose to be wearing a construction style high visibly vest and to have a ladder onto of the vehicle. I also noted the two last names, which based on my training and experience, is typically done by people of South American or Spanish countries. Also based on this same training and experience, I know "cable company's" to be a common place of employment for illegal aliens. Due to this, they are often driving vans or trucks with ladder racks and will have a driver's license which does not match the state of the company in which they are employed. This is commonly due to them being employed as a "subcontractor" for a company which has been subcontracted for a major cable company. On the New York ID he provided me, I also noted, "Not for Federal Identification" listed in the top right-hand corner. As part of the conversation, I asked Jose if he was born in New York. This was followed by a pause and change in tone of voice before he replied that he was.

I returned to my cruiser and based on the totality of the circumstances listed above, I reached out to US Border Patrol. I advised them of Jose's name and date of birth while I worked on imputing his information and issuing him two written warnings. Within just a few minutes, I was informed Jose was a "Bolivian Overstay" who's visa had expired in 2016. At approximately this time, Supervisory Agent Norsworthy arrived to assist. Based upon the facts listed above and the light of this new information, I contacted the ICE sub office in Manchester and spoke with Agent Lischke. Agent Lischke was able to confirm what Border Patrol had stated to me and gave me the official arrest approval at 1918 hrs.

| Print Rank / Name | Page No | Report Date | Reviewed By: |
|---|---|---|---|
| PATROLMAN ZACHARY BISHOP, ID#18-D | 1 Of 2 | 12/04/2025 | CHIEF PAUL RELLA, ID#18-A |
| Signature | | | Supervisor Signature |

Case No. 2025-100662

| CAD Event Number | ORI NO. | Phone Number | Other Agency Case # | Department Case Number |
|---|---|---|---|---|
| 25-100750 | NH0041600 | 603-237-4487 | | 2025-100662 |

I approached the vehicle and asked Jose to exit. He exited and I informed him I was a Federal ICE Task Force Officer and placed him into custody without incident. Jose was searched incident to arrest and the work items, with his permission were placed back inside the vehicle. His personal belongings were placed on the hood of my cruiser and later transported to the station with him. Jose was secured in handcuffs behind his back; they were double locked and checked for proper fit before he was placed in the back of my cruiser.

I performed a photographic inventory of the vehicle and requested a tow truck to the scene to remove it. C4 Automotive arrived on scene and took possession of the vehicle, removing it to their storage lot at 114 Colby Street, Colebrook, NH.

Jose was transported back to the Police Department and brought downstairs. Once in the PD, his booking photo was taken and he was secured to the booking bench, as is standard procedure for any formal arrest. I spoke with Jose and completed the "ICE Interview" questionnaire. I also completed the Arrest Data Sheet. During this, I remained in contact with Agent Lischke in an attempt to obtain a location in which to transport Jose to for holding. The Coos County Jail, Berlin Federal Prison, Strafford County Jail and Border Patrol were all contacted by either Agent Lischke or me. None of these facilities had the ability to hold Jose pending ICE pickup in the morning. I completed my standard booking procedures and informed Jose he would remain here with me until ICE come to pick him up. I allowed him to access his phone to retrieve numbers from it and to make a phone call to his family from our PD line. His wallet was inventoried in front of him, and I counted $499 in cash and several credit/ debit cards.

Due to the fact he was going to be here until the morning, I performed a second, more thorough search of Jose, ensuring he had no hidden keys of means of escape. I removed the handcuff from his wrist and placed him in a leg shackle around his left ankle. This was done so Jose could move around more and have the ability to lay down if he wished. Jose was given a blanket and asked if he would like anything to eat. I told Jose we did not have anything on hand, but I offered him some of my homemade corn chowder. He stated he did not know what that was and I offered to make him a salami sandwich. He agreed to this, and I went to get the food. I also stopped at the gas station and purchased him an Arizona iced tea as well. I made Jose one sandwich and ate with him. When he finished, I offered him another, but he declined.

Afterwards, Jose went to sleep on the bench and woke up shortly after and requested another blanket, to which I provided him with. I shut off the light as well to allow him to sleep easier.

**END**

| Print Rank / Name | Page No | Report Date | Reviewed By: |
|---|---|---|---|
| PATROLMAN ZACHARY BISHOP, ID#18-D | 2 Of 2 | 12/04/2025 | CHIEF PAUL RELLA, ID#18-A |
| Signature: BISHOP, ZACHARY R | | | Supervisor Signature: RELLA, PAUL M |

Case No. 2025-100662



# COLEBROOK POLICE DEPARTMENT
## ARREST REPORT

| 1. CAD Event Number | 2. ORI NO. | 3. Phone Number | 5. Other Agency Case # | 6. Department Case Number |
|---|---|---|---|---|
| 25-100750 | NH0041600 | 603-237-4487 | | 2025-100662 |

### ARRESTEE INFORMATION

| 7. Name (Last) | (First) | (Middle) | 8. Home Phone / Cellular | 9. Alias |
|---|---|---|---|---|
| BALDIVIESO CAMPOY | JOSE | CARLOS | | BALDIVIESOCAMPOY, JOSE CARLOS |

| 10. Full Address (No. and Apt/Suite) | 11. City | 13. County | 14. State | 15. Zip |
|---|---|---|---|---|
| | | | NY | |

10A. Mailing Address (if different than above)

| 16. Date of Birth | 17. Age | 18. Sex | 19. Race | 20. Ethnicity | 21. Height (Ft/In) | 22. Weight | 23. Hair | 24. Eyes | 25. Complexion | 26. Marital Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE | WHITE | HISP | 511 | 185 | BROWN | BROWN | | SINGLE |

| 27. Social Security # | 28. Driver's License # / State | 29. NH SID # | 30. FBI # | 32. Place of Birth (City) | 33. State | 34. Country |
|---|---|---|---|---|---|---|
| | | | | | | BV |

| 35. Cautions / Warnings | 36. Handed | 37. Contacts / Glasses | 38. Facial Hair | 39. E-Mail Address |
|---|---|---|---|---|
| NO | ☐ Left  ☒ Right | ☐ YES  ☐ NO | | |

40. Other Descriptive Information - Marks - Scars - Tattoos
NONE

| 41. Employer/School | 42. Occupation | 43. Military Veteran |
|---|---|---|
| NONE | | ☐ YES  ☐ NO |

| 44. Employer's/School Address | 45. Work Phone Ext. |
|---|---|
| | |

### DETAILS OF ARREST

| 47. Arrest Date | 48. Time | 49. Loc. of Arrest (No. - Street) | 50. City | 51. County | 52. State | 53. Zip | 54. Zone |
|---|---|---|---|---|---|---|---|
| 11/25/2025 | 1910 Hrs | 119 DANIEL WEBSTER HWY | COLEBROOK | COOS | NH | 03576 | |

| No. | 55. RSA: | Crime / Incident | Grade | NIBRS Classification |
|---|---|---|---|---|
| 1 | 612:14 | ARREST WITHOUT A WARRANT (FUGITIVE) | N | 90Z |

| 56. Affiant / Complainant / Officer's Name and Address | 57. Phone |
|---|---|
| PATROLMAN ZACHARY BISHOP   COLEBROOK POLICE DEPARTMENT  17 Bridge St, Colebrook, NH 03576 | |

| 58. Crime Date | 59. Time | 60. Loc. of Crime (No. - Street) | 61. City | 62. County | 63. State | 64. Zip | 65. Zone |
|---|---|---|---|---|---|---|---|
| 11/25/2025 | 1843 Hrs | DANIEL WEBSTER HWY | COLEBROOK | COOS | NH | 03576 | 0756 |

### GENERAL INFORMATION

| 66. Arrest Type | 67. Multiple Arrest Indicator | 68. Use of Force | 69. Injury | 70. Fingerprinted | 71. Photographed | 72. Armed With |
|---|---|---|---|---|---|---|
| ON-VIEW ARREST | NOT APPLICABLE | ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☒ YES  ☐ NO | ☒ YES  ☐ NO | UNARMED |

| 73. DV Related | 74. Mental Health | 75. Alcohol Involved | 76. Drugs Involved | 77. Testing Type | 78. Results |
|---|---|---|---|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☐ YES  ☒ NO | ☐ YES  ☒ NO | | |

### VEHICLE INFORMATION

| 79. State | 80. Reg. Number | 81. Lic. Type | 82. Year | 83. Make | 84. Model | 85. Body Type | 86. Color | 87. Vehicle Identification Number |
|---|---|---|---|---|---|---|---|---|
| FL | | PASS | 2015 | CHEV | CITY EXPRESS | 0 | WHITE | |

| 88. Vehicle Seizure | 89. Consent Search | 90. Inventoried | 91. Towed By | 92. Towed To |
|---|---|---|---|---|
| ☒ YES  ☐ NO | ☐ YES  ☒ NO | ☒ YES  ☐ NO | C4 AUTOMOTIVE | C4 AUTOMOTIVE |

### BAIL / COURT INFORMATION

| 93. Arrest Status | 94. Bail Type | 95. Bail Amount | 96. Arraignment Date & Time | 97. Court / Arraignment Location | 98. Judge / Bail Commissioner |
|---|---|---|---|---|---|
| HELD | | | | | |

| 99. Disposition / Place Committed / Detained | 100. Release Date | 101. Release Time | 103. Released to | 104. Relationship |
|---|---|---|---|---|
| HELD ON ICE DETAINER | 11/26/2025 | 0940 Hrs | ICE (MANCHESTER SUB OFFICE) | |

### PHOTOS

### NARRATIVE / GIST

105. Gist

SEE CONTINUATION REPORT

| Print Rank / Name | Page No | Report Date | Reviewed By: |
|---|---|---|---|
| PATROLMAN ZACHARY BISHOP, ID#18-D | 1 Of 1 | 12/04/2025 | CHIEF PAUL RELLA, ID#18-A |
| Signature | | | Supervisor Signature |

Case No. 2025-100662

# Task Force Model
## Arrest Data Sheet

Law Enforcement Agency: <u>COLEBROOK POLICE DEPARTMENT</u>

287(g) Task Force Officer Name: <u>ZACHARY BISHOP</u>

Badge Number: <u>18E</u>  ICE Credential Number: <u>NH-TFO-000073</u>

Mobile Number: <u>603-237-4487</u>  Email: <u>ZBISHOP@COLEBROOKNH.ORG</u>

Date of Arrest: <u>11/25/2025</u>  Time of Arrest: <u>19:20</u>

ICE Event Number: _____

ICE Officer Who Granted Arrest Approval: <u>DEAN LISCHKE</u>  Time: <u>19:08</u>

Arrest Location: <u>COLEBROOK, NH</u>

Alien Information:

   Name: <u>JOSE CARLOS BALDIVIESO CAMPOY</u>

   DOB: _____  Gender: Male

   A Number: _____  FBI Number: _____

   Nationality: <u>BOLIVIAN</u>

If the Law Enforcement Encounter Included a Search:

   Name of Person who Consented to Search: _____

   Time Consent Granted: _____ Time Search Complete: _____

   Briefly Describe What Was Searched (e.g. the Subject's Vehicle, the Subject's Residence, etc.):

   _____

Notes:

# ICE Interview



Date: 11/25/2025

Subject Name: Jose Carlos

A#: (if available)

Department: Colebrook, NH PD

Task Force Officer Name: Zachary Bishop

Interpreter used: Yes or (No)

Name of Interpreter and language used:

1. What is your true and correct name?
   Jose Carlos Baldivieso Campoy

2. Have you ever used any other names?
   NO

3. When and where were you born?
   [illegible], Bolivia

4. What country are you a citizen of?
   Bolivia

5. When and where did you last enter the United States?
   2016

6. Were you admitted by an immigration officer?
   yes

7. What is your status in the United States?
   overstayed

8. Have you ever applied for or been granted an immigration benefit in the United States? (If so, what did you apply for or have been granted)
   Parents applied for assylum/ unsure of status

a. Do you have any applications pending?

9. What is your mother's complete name?   Refused

    a. When and where was your mother born?

    b. What country is your mother a citizen of?

    c. Has your mother ever been to the United States? (status)

10. What is your father's complete name?   Refused

    a. When and where was your father born?

    b. What country is your father a citizen of?

    c. Has your father ever been to the United States? (status)

11. Do you have any step parents?   NO

    a. Step mother name?

        i. Date and place of birth?
        ii. Were you adopted?   Yes   No

    b. Step father name?
        i. Date and place of birth?
        ii. Were you adopted?   Yes   No

12. Are your parents married?   Married   Divorced   Separated   Never Married   UNSURE

13. Did you live with your parents?   NO

    a. Who did you live with? (circle all that apply)  Mother  Father  Step-Mother  Step-Father

    b. What years did you live with them?
    UNKNOWN

14. What are you maternal grandparents' names?
15. What are your paternal grandparents' names?

16. Are you married?   NO

    a. What is your spouse's name?

        i. Date and place of birth?
        ii. What country is spouse a citizen of?

17. Do you have any children? (how many)   NO

    a. Name(s), date(s) of birth, place(s) of birth?

18. Have you ever been a member in the United States military?
    NO

19. Have you ever been a member in the military in any other country? (if so, rank and country)
    NO

20. What is your occupation?
    Field Technician

    a. Where were you employed (name and address)?
    CableCoast Communications

21. What is your address of residence in the United States?

22. What is your address of residence in your home country? (or country of last residence)
    Bolivia

23. Have you ever been a member of a gang?
    NO

24. Have you ever attended school in the United States? (If so, what school, address, city, state)


25. What school did you attend in your country and what is the highest grade completed? (name and address of school including city and state)

    DOES NOT Remember

26. What church did you attend in your country? (name and address of church including city and state)

    None

27. Do you have (or ever issued) a passport? (when / where and country of passport issued)

    In Bolivia

28. Have you ever been encountered by Immigration before?

    a. When and where?

    NO

29. Were you ever excluded / deported / removed from the United States? (when and where)

    NO

30. Do you have any medical issues?

    NO

    a. Do you take medication?

    NO

31. Do you have any fear of returning to your country?

    Yes

32. Have you understood all the questions asked of you?

    Yes

33. Do you have any statements you would like to add?

    NO

34. Would you like to notify your consulate?

    Unsure

Date: 11/25/2025

Subject: Jose Carlos Baldivieso Campoy

A#: (if available)

Signature of Subject Interviewed: _____

Signature of TFO: _____

Date / time / place of interview: 11/25/2025 / 2045 / Colebrook, PD

## COLEBROOK POLICE DEPARTMENT
## ENFORCEMENT ACTION SLIP

| | | |
|---|---|---|
| BALDIVIESOCAMPOY | JOSE | CARLOS |
| Last Name | First Name | Middle |

Street Address

City/State/Zip

| | | |
|---|---|---|
| | NY | |
| License Number | State | Date of Birth |

CABLECOAST COMMUNICATIONS LLC
Owner                                    Date of Birth

Street Address

, FL
City/State/Zip

| | | |
|---|---|---|
| 9 | PASS | FL |
| Reg. No. | Type | State |

| | | | |
|---|---|---|---|
| 2015 | CHEV | CITY EXPRESS | WHI |
| Year | Make | Type/Model | Color |

| | | |
|---|---|---|
| 11/25/2025 | 7:08 PM | |
| Date | Time | VIN |

| | |
|---|---|
| DANIEL WEBSTER HWY | N |
| Route/Street | Seat Belt Used? |
| COLEBROOK | MEDIUM, DRY |
| City/Town | Conditions |

**Warning 261:176 FAILURE TO DISPLAY PLATES**

| | | | |
|---|---|---|---|
| COLEBROOK PD(416) | Z. BISHOP | | 18-D |
| Department | Complainant | Complainant Signature | Badge Number |

FAIRNESS-PROFESSIONALISM-INTEGRITY
DSSP 5E (Rev 08/15/2013)         41625112519114091742



## Do's of Highway Safety

➤ Move over or slow down for stopped emergency vehicles

➤ Wear your seat belt at all times

➤ Always wear a motorcycle helmet

➤ Share the road and be aware of your surroundings

➤ Leave more space around large trucks and buses

## Don'ts of Highway Safety

➤ Drive under the influence of alcohol or drugs

➤ Drive distracted

➤ Speed

➤ Follow too closely

## For More Information Visit
## www.nhtmc.com/dashboard/safety

## COLEBROOK POLICE DEPARTMENT
## ENFORCEMENT ACTION SLIP

| | | |
|---|---|---|
| BALDIVIESOCAMPOY | JOSE | CARLOS |
| Last Name | First Name | Middle |

Street Address: 31

City/State/Zip: NY

License Number | State | Date of Birth

Owner: CABLECOAST COMMUNICATIONS LLC

Street Address: FL

City/State/Zip

Reg. No. | Type: PASS | State: FL

Year: 2015 | Make: CHEV | Type/Model: CITY EXPRESS | Color: WHI

Date: 11/25/2025 | Time: 7:01 PM | VIN:

Route/Street: DANIEL WEBSTER HWY | Seat Belt Used?: N

City/Town: COLEBROOK | Conditions: LIGHT, DRY

Warning 265:31 STOP SIGNS; YIELD SIGNS

Department: COLEBROOK PD(416) | Complainant: Z. BISHOP | Badge Number: 18-D

FAIRNESS-PROFESSIONALISM-INTEGRITY

DSSP5E (Rev 08/15/2013)    41625112519063343065

---



**DRIVING TOWARD ZERO**
*One Death Is Too Many*

### Do's of Highway Safety

➢ Move over or slow down for stopped emergency vehicles
➢ Wear your seat belt at all times
➢ Always wear a motorcycle helmet
➢ Share the road and be aware of your surroundings
➢ Leave more space around large trucks and buses

### Don'ts of Highway Safety

➢ Drive under the influence of alcohol or drugs
➢ Drive distracted
➢ Speed
➢ Follow too closely

### For More Information Visit
www.nhtmc.com/dashboard/safety

facebook                                                                                                            Log In

## Colebrook Police Department's Post 

  **Colebrook Police Department**
6d ·

Date of Incident: 25 November 2025
Time of Incident: 1845
Type of Incident: ICE Task Force Arrest
Location: Main Street
Suspect: JOSE CARLOS BALDIVIESO CAMPOY, 22, of Bolivia

On the above date and time, Officer Bishop of the Colebrook Police Department initiated a motor vehicle stop on Main Street due to multiple observed traffic violations.

While speaking with the driver, the officer developed reason to believe Jose may be in the country illegally. Within a few minutes, it was confirmed Jose was an illegal alien. Jose had been in the country illegally since 2016, when his Visa had expired. According to Jose, he was working as a sub-contractor for a cable company, hence his presence in the area.

The officer contacted ICE, who requested he arrest Jose and hold him for pickup. Jose was arrested and his vehicle was towed.

Shortly after, he was brought back to CPD where he went through the internal booking process and remained until he was picked up by ICE the following morning.

The Colebrook Police Department is proud partner in the 287G ICE Task Force program. After proper training, this program allows local, county and state officers to act as TFO's (Task Force Officers) for ICE. This gives those officers the Federal authority to identify, detain and arrest people who are present in this county illegally.

CPD stands with our Federal Partners and the mission of ICE to remove illegal aliens from our country and communities. The goal of this program is to keep our town safe from unvetted individuals who circumvent the systems we have in place to keep our nation and communities safe.

Thank you all for your continued support and please remember to report any suspicious activity taking place in Colebrook to us at (603) 237-4487 or 911, if it is an emergency.



12/8/25, 2:19 PM
Case 1:26-cv-00017
Date of Incident: 25... - Colebrook Police Department | Facebook
Document 1-14
Filed 01/15/26
Page 15 of 15



Log In