# EXHIBIT O

Case 1:26-cv-00017    Document 1-15    Filed 01/15/26    Page 1 of 14

https://www.caledonianrecord.com/news/local/ice-reportedly-apprehends-seven-in-carroll/article_39196626-804e-5fc5-86ae-a0c0e2f81037.html

# ICE Reportedly Apprehends Seven In Carroll

Paul Hayes phayes@littletonrecord.com Staff Writer

Dec 8, 2025

1 of 6

FILE - A U.S. Immigration and Customs Enforcement officer listens during a briefing, Jan. 27, 2025, in Silver Spring, Md. (A Photo/Alex Brandon, File)

CARROLL — Seven people were taken into custody by Immigration and Customs Enforcement last week, according to multiple reports.

The individuals — six from India and one reportedly from Indonesia — were detained at a Carroll apartment on Dec. 3, according to people familiar with the incident.

ICE declined to confirm details or offer additional information, but six of the names provided to the Caledonian-Record match Indian nationals currently in ICE custody.



Four of them — Rajesh Bairava, Sandeep Kalluri, Harshal Taru and Kaustubh Rane — are being held at the Strafford County House of Corrections in New Hampshire. Ashray Rao is being held at the Plymouth County Correctional Facility in Massachusetts, and Sangeeta Bangera was transferred to the South Louisiana ICE Processing Center.

The location of the seventh person, believed to be Widyastuti Putu of Indonesia, is unknown.

The apprehensions follow the Trump administration's announcement that more than 2 million undocumented immigrants have been removed or have left the country voluntarily since President Trump took office in January.

An ICE spokesperson said, "U.S. Immigration and Customs Enforcement conducts immigration enforcement activities throughout the state of New Hampshire. As part of its routine operations, ICE arrests aliens who commit crimes and other individuals who have violated our nation's immigration laws. All aliens in violation of U.S. immigration law may be subject to arrest, detention and, if found removable by final order, removed from the United States, regardless of nationality."

The incident, believed to be the first such ICE action in the immediate area during Trump's second term, has rattled the region's legally present foreign workforce.

Rao, Bairava and Bangera worked for the Omni Mount Washington Hotel, according to people who know them, while Rane and Kalluri worked at Applebee's in Littleton, and Taru and Widyastuti worked at E-Smoke & Beer Island, also in Littleton.

"We are just worried," said a friend who declined to be named.

The friend said foreign workers have changed their routines to avoid scrutiny, fearing they may be targeted because of racial profiling or misidentification.

"Even though we haven't done anything and we have clean backgrounds … we are all just worried what will happen, that they will search for more people and just pick up anyone," the friend said.

Three of the individuals taken into custody had prior contact with the New Hampshire criminal justice system. Rane, 24, and Rao, 27, were charged with driving under the influence on Nov. 27, shortly before they were detained by ICE, and their cases remain pending. Kalluri faced separate, unspecified charges in May 2024 and October 2025. The others have no criminal records, according to available court information.

In September, the Department of Homeland Security said 1.6 million undocumented immigrants had voluntarily left the country and another 400,000 had been deported during the first 250 days of Trump's second term.

The Boston Globe reported that the number of people in federal immigration detention in New Hampshire has doubled over the past six months, reaching 338 in November, based on ICE data.

Vermont Public Radio reported that ICE arrests in New England from Jan. 20 to Dec. 2 rose sharply — from 2,044 in 2024 to 8,848 in 2025 — and that removals increased from 933 to 9,987 over the same period.



# Paul Hayes



**Arrest #: 25-25-AR**

```
 Date/Time Reported: 12/03/2025 @ 0900
  Arrest Date/Time: 12/03/2025 @ 0900
 Booking Date/Time: 12/03/2025 @ 0900

              TN #:
             Court: Carroll Police Department
        Court Date: 12/04/2025 @ 0800
 Reporting Officer: Patrolman Joshua Basnar
 Assisting Officer: Lieutenant Ian MacMillan
 Approving Officer: Chief Tadd Bailey
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | BAIRAVA, RAJESH BADRILAL | M | W | 25 | | |

    CARROLL NH 03595

```
   Foreign National: Y            Country of Origin:  INDIA
Military Active Duty: N
             HEIGHT: 505        WEIGHT: 120         HAIR: BLACK    EYES: BLACK
               BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
                DOB:                     PLACE OF BIRTH: NOT AVAIL.
     LICENSE NUMBER:                          ETHNICITY: NOT HISPANIC
```

_____[APPEARANCE]_____

                GLASSES WORN: NO


_____[RIGHTS/BOOKING CHECKS]_____

```
         RIGHTS ADVISED BY: Patrolman Joshua s Basnar    DATE/TIME: 12/03/2025 @ 0900
                PHONE USED: N
          ARRESTEE SECURED: N

             FINGERPRINTED: N
              PHOTOGRAPHED: N
             SUICIDE CHECK: Not Performed
                   PERSONS: State
        NCIC VEHICLE CHECK: Not Performed
         INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
|   | LOCATION TYPE: Residence/Home/Apt./Condo   Zone: Twin Mountain | | | |
|   | CARROLL NH 03595 | | | |
| 1 | ICE 287G Detainee | N | Not Applicable | U |
|   | ICE       287 | G | U | |
|   | SIN: 00410002500000025001 | | | |
|   | OCCURRED: 12/03/2025   0900 | | | |

On November 27, 2025, Officer Bushway arrested Ashray Rao, DOB: ████/1998, for DUI after crashing his vehicle on Route 302 East in Bretton Woods. This individual is a J-One employee at the ████████████ who resides at ████████████, Carroll.

On December 1, 2025, I placed a call to US Customs to inquire about Ashray Rao's status, as he had just been arrested for a serious motor vehicle violation. I was advised that he was an overstay on his work visa. Upon further investigation, it was determined that multiple residents of the house were also overstays. One of whom is Sandeep Kalluri, DOB: ████/2000, who was also currently suspended for DUI and was arrested several weeks ago for DUI after a different crash. ICE/ERO requested that, due to the severity of these driving incidents, they be taken into custody. A date of December 3, 2025, was set up to meet with ICE/ERO to make contact with these individuals to be taken into custody.

As a result of this investigation, on December 3, 2025, with the assistance of ICE/ERO, a total of seven (7) individuals were taken into custody for ICE violations and transported by ICE/ERO. The individuals taken into custody are as follows;

Rajesh Badrilal Bairava DOB: ████/2000

Sangeeta Deju Bangera DOB: ████/1997

Kaustubh Umesh Rane DOB: ████/2000

Harshal Ravindra Taru DOB: ████/1999

Ni Putu Widyastuti Jakarta DOB: ████/2005

Sandeep Kumar Kalluri DOB: ████/2000

Ashray Shreyas Rao DOB: ████/1998


END REPORT

On December 1, 2025, I was advised of the arrest of;

**Ashray Rao**

**Carroll, NH**
**DOB**

due to a DUI crash and conduct after an accident. I am familiar with Rao due to previous contacts. Rao's DUI crash is the 4th DUI/crash-related incident I am aware of originating in the last few months from subjects living at , all of whom I am aware of being Indian Nationals.

Due to the number and severity of the incidents, I requested Ptl. Basnar to inquire with Immigration about the immigration status of the recent arrests. I was later advised by Ptl. Basnar that, due to the severity of the incidents and that they were overstays on their visas, ICE/ERO was requesting that they be taken into custody. Ptl. Basnar set up a date of December 3, 2025, to meet with ICE/ERO to assist in the transport of the subjects.

On December 3, 2025, at approximately 0900hrs, we, along with Manchester ICE/ERO made contact with Rao and several other subjects at the residence, and we advised them of the reason for our contact. All subjects' immigration status was verified, and those found in violation were taken into custody under 287g guidance without incident.  All subjects were then transported to the PD for initial processing and then transferred to Manchester ICE/ERO for transport to their facility.

See Ptl. Basnar's report for information on subjects taken into custody.

NFI
Lt. Ian M. MacMillan

Case 1:26-cv-00017   Document 1-15   Filed 01/15/26   Page 9 of 14



**Carroll Police Department**  
**Arrest Report**

Page: 1  
12/09/2025

**Arrest #: 25-26-AR**

```
Date/Time Reported: 12/03/2025 @ 0900
 Arrest Date/Time: 12/03/2025 @ 0900
Booking Date/Time: 12/03/2025 @ 0900

           TN #:
          Court: Carroll Police Department
     Court Date: 12/04/2025 @ 0800
Reporting Officer: Patrolman Joshua Basnar
Assisting Officer: Lieutenant Ian MacMillan
Approving Officer: Chief Tadd Bailey

       Signature: _____

       Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **BANGERA, SANGEETA DEJU** | F | W | 28 | | |

CARROLL NH 03595

```
   Foreign National: Y          Country of Origin: INDIA
Military Active Duty: N
             HEIGHT: 502      WEIGHT: 097         HAIR: BLACK    EYES: BLACK
               BODY: NOT AVAIL.             COMPLEXION: NOT AVAIL.
                DOB:                     PLACE OF BIRTH: NOT AVAIL.
     LICENSE NUMBER: NH NHI                ETHNICITY: NOT HISPANIC
```

_____**[APPEARANCE]**_____

```
           GLASSES WORN: NO
```

_____**[RIGHTS/BOOKING CHECKS]**_____

```
      RIGHTS ADVISED BY: Patrolman Joshua s Basnar    DATE/TIME: 12/03/2025 @ 0900
             PHONE USED: N
      ARRESTEE SECURED: N

           FINGERPRINTED: N
            PHOTOGRAPHED: N
           SUICIDE CHECK: Not Performed
                PERSONS: State
     NCIC VEHICLE CHECK: Not Performed
       INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo    Zone: Twin Mountain | | | |
| | CARROLL NH 03595 | | | |
| 1 | **ICE 287G Detainee** | N | Not Applicable | U |
| | ICE    287 | G | U | |
| | SIN: 00410002500000026001 | | | |
| | OCCURRED: 12/03/2025   0900 | | | |

**Carroll Police Department**     Page: 1
**Arrest Report**     12/09/2025

**Arrest #: 25-27-AR**

```
Date/Time Reported: 12/03/2025 @ 0900
 Arrest Date/Time: 12/03/2025 @ 0900
Booking Date/Time: 12/03/2025 @ 0900

            TN #:
           Court: Carroll Police Department
      Court Date: 12/04/2025 @ 0800
Reporting Officer: Patrolman Joshua Basnar
Assisting Officer: Lieutenant Ian MacMillan
Approving Officer: Chief Tadd Bailey

       Signature: _____

       Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | KALLURI, SANDEEP KUMAR | M | W | 25 | | |

CARROLL NH 03595

```
  Foreign National: Y          Country of Origin:  INDIA
Military Active Duty: N
            HEIGHT: 503     WEIGHT: 165       HAIR: BLACK    EYES: BLACK
              BODY: NOT AVAIL.         COMPLEXION: NOT AVAIL.
               DOB:                 PLACE OF BIRTH: NOT AVAIL.
    LICENSE NUMBER: NH NHI                ETHNICITY: NOT HISPANIC
```

_____[APPEARANCE]_____

GLASSES WORN: NO

_____[RIGHTS/BOOKING CHECKS]_____

```
        RIGHTS ADVISED BY: Patrolman Joshua s Basnar    DATE/TIME: 12/03/2025 @ 0900
              PHONE USED: N
        ARRESTEE SECURED: N

           FINGERPRINTED: N
            PHOTOGRAPHED: N
           SUICIDE CHECK: Not Performed
                 PERSONS: State
      NCIC VEHICLE CHECK: Not Performed
       INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo   Zone: Twin Mountain | | | |
| | CARROLL NH 03595 | | | |
| 1 | ICE 287G Detainee | N | Not Applicable | U |
| | ICE   287 | G | U | |
| | SIN: 00410002500000027001 | | | |
| | OCCURRED: 12/03/2025   0900 | | | |

**Arrest #: 25-28-AR**

```
Date/Time Reported: 12/03/2025 @ 0900
 Arrest Date/Time: 12/03/2025 @ 0900
Booking Date/Time: 12/03/2025 @ 0900

            TN #:
           Court: Carroll Police Department
      Court Date: 12/04/2025 @ 0800
Reporting Officer: Patrolman Joshua Basnar
Assisting Officer: Lieutenant Ian MacMillan
Approving Officer: Chief Tadd Bailey

      Signature: _____

      Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | RAO, ASHRAY SHREYAS | M | W | 27 | | |

CARROLL NH 03595

```
Foreign National: Y         Country of Origin:  INDIA
Military Active Duty: N
           HEIGHT: 509      WEIGHT: 147         HAIR: BROWN    EYES: BROWN
             BODY: NOT AVAIL.             COMPLEXION: NOT AVAIL.
              DOB:                     PLACE OF BIRTH: NOT AVAIL.
   LICENSE NUMBER: NH NHI                   ETHNICITY: NOT HISPANIC
```

**[APPEARANCE]**

GLASSES WORN: NO

**[RIGHTS/BOOKING CHECKS]**

```
       RIGHTS ADVISED BY: Patrolman Joshua s Basnar      DATE/TIME: 12/03/2025 @ 0900
              PHONE USED: N
        ARRESTEE SECURED: N

            FINGERPRINTED: N
            PHOTOGRAPHED: Y
            SUICIDE CHECK: Not Performed
                  PERSONS: State
      NCIC VEHICLE CHECK: Not Performed
        INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo    Zone: Twin Mountain | | | |

CARROLL NH 03595

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| 1 | **ICE 287G Detainee** | N | Not Applicable | U |
| | ICE    287 | G    U | | |
| | SIN: 00410002500000028001 | | | |
| | OCCURRED: 12/03/2025   0900 | | | |

**Arrest #: 25-29-AR**

```
Date/Time Reported: 12/03/2025 @ 0900
 Arrest Date/Time: 12/03/2025 @ 0900
Booking Date/Time: 12/03/2025 @ 0900

            TN #:
           Court: Carroll Police Department
      Court Date: 12/04/2025 @ 0800
Reporting Officer: Patrolman Joshua Basnar
Assisting Officer: Lieutenant Ian MacMillan
Approving Officer: Chief Tadd Bailey

       Signature: _____

       Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | RANE, KAUSTUBH UMESH | M | W | 24 | | |

CARROLL NH 03595

```
  Foreign National: Y         Country of Origin: INDIA
Military Active Duty: N
            HEIGHT: 508     WEIGHT: 176        HAIR: BLACK    EYES: BLACK
              BODY: NOT AVAIL.            COMPLEXION: NOT AVAIL.
               DOB:                    PLACE OF BIRTH: NOT AVAIL.
     LICENSE NUMBER: NH                   ETHNICITY: NOT HISPANIC
```

**[APPEARANCE]**

GLASSES WORN: NO

**[RIGHTS/BOOKING CHECKS]**

```
      RIGHTS ADVISED BY: Patrolman Joshua s Basnar    DATE/TIME: 12/03/2025 @ 0900
             PHONE USED: N
       ARRESTEE SECURED: N

           FINGERPRINTED: N
            PHOTOGRAPHED: N
           SUICIDE CHECK: Not Performed
                 PERSONS: State
     NCIC VEHICLE CHECK: Not Performed
       INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo   Zone: Twin Mountain | | | |

CARROLL NH 03595

| # | OFFENSE | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| 1 | ICE 287G Detainee | N | Not Applicable | U |
| | ICE   287 | G | U | |

```
             SIN: 00410002500000029001
        OCCURRED: 12/03/2025   0900
```

**Arrest #: 25-30-AR**

```
Date/Time Reported: 12/03/2025 @ 0900
  Arrest Date/Time: 12/03/2025 @ 0900
 Booking Date/Time: 12/03/2025 @ 0900

             TN #:
            Court: Carroll Police Department
       Court Date: 12/04/2025 @ 0800
Reporting Officer: Patrolman Joshua Basnar
Assisting Officer: Lieutenant Ian MacMillan
Approving Officer: Chief Tadd Bailey

        Signature: _____

        Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **TARU, HARSHAL** | M | W | 26 | | |

WHITEFIELD NH 03598

```
Military Active Duty: N
            HEIGHT: 504        WEIGHT: 123        HAIR: BLACK    EYES: BLACK
              BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
               DOB:                      PLACE OF BIRTH: NOT AVAIL.
    LICENSE NUMBER: OT                        ETHNICITY: NOT HISPANIC
```

_____[APPEARANCE]_____

```
                GLASSES WORN: NO
```

_____[RIGHTS/BOOKING CHECKS]_____

```
       RIGHTS ADVISED BY: Patrolman Joshua s Basnar   DATE/TIME: 12/03/2025 @ 0900
              PHONE USED: N
        ARRESTEE SECURED: N

            FINGERPRINTED: N
             PHOTOGRAPHED: N
            SUICIDE CHECK: Not Performed
                  PERSONS: State
      NCIC VEHICLE CHECK: Not Performed
        INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo   Zone: Twin Mountain | | | |

CARROLL NH 03595

| # | OFFENSE | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| 1 | **ICE 287G Detainee** | N | Not Applicable | U |
| | ICE  287 | G | U | |

```
                SIN: 00410002500000030001
          OCCURRED: 12/03/2025   0900
```


**Arrest #: 25-31-AR**

```
Date/Time Reported: 12/03/2025 @ 0900
 Arrest Date/Time: 12/03/2025 @ 0900
Booking Date/Time: 12/03/2025 @ 0900

            TN #:
           Court: Carroll Police Department
      Court Date: 12/04/2025 @ 0800
Reporting Officer: Patrolman Joshua Basnar
Assisting Officer: Lieutenant Ian MacMillan
Approving Officer: Chief Tadd Bailey

       Signature: _____

       Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | JAKARTA, NI PUTU WIDYASTUI | F | A | 20 | NOT AVAIL | |

CARROLL NH 03595

```
   Foreign National: Y        Country of Origin:  INDONESIA
Military Active Duty: N
                BODY: NOT AVAIL.             COMPLEXION: NOT AVAIL.
                 DOB:                    PLACE OF BIRTH: NOT AVAIL.
      LICENSE NUMBER: NOT AVAIL.             ETHNICITY: NOT HISPANIC
```

_____[RIGHTS/BOOKING CHECKS]_____

```
         RIGHTS ADVISED BY: Patrolman Joshua s Basnar   DATE/TIME: 12/03/2025 @ 0900
                PHONE USED: N
          ARRESTEE SECURED: N

              FINGERPRINTED: N
              PHOTOGRAPHED: N
             SUICIDE CHECK: Not Performed
                   PERSONS: State
       NCIC VEHICLE CHECK: Not Performed
         INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo     Zone: Twin Mountain | | | |

CARROLL NH 03595

| 1 | ICE 287G Detainee | N | Not Applicable | U |

```
                         ICE      287        G     U
                    SIN: 00410002500000031001
               OCCURRED: 12/03/2025   0900
```