# EXHIBIT P

# Office of the Sheriff
## Rockingham County

Case RCSO25-0988 - UNAPPROVED DRAFT Printed on December 24, 2025

**Dispatch Information**

**CFS #** 25-189328
**Location** 10 COURTHOUSE LN, DERRY, NH 03038
**Incident Code** WAR : SERVE WARRANT
**Occurred Between** 10/23/25 07:10:01 and
**Assigned** 07:10:45 **Enroute** 08:01:22 **On Scene** 08:01:22 **Completed** 10:30:16

**Reporters**

**Name** Unknown
**Involvement** Initial Reporter
**Sex**
**DOB**
**Address**
**Report Time** 10/23/25 07:10:01
**How Reported**
**From Phone**
**Contact Phone**
**Comments**

**Other Names**

**Name** RUIZ PADILLA, ANGEL GERARDO
**Involvement** Arrestee
**Sex** Male
**DOB**
**Address**
NH



**Home Phone**
**Home Phone**
**Other Phone**
**Comments**

**Vehicles**

**Call Details**

**CFS Responders**

| | | |
|---|---|---|
| 11 (Primary) | 011 - Nash, David | RCSO (Primary) |
| 15 | 015 - Bevere, Michael | RCSO (Primary) |
| 21 | 021 - Parrott, Daniel | RCSO (Primary) |

**Arrestee**

**RUIZ PADILLA, ANGEL GERARDO - Age 27** 24.75486111 - 5947..03084 - Arrest on Warrant

# Primary Narrative By David Nash, 10/28/25 11:25

On Thursday 10/23/2025, I reported to the Derry District Court to serve a warrant for ICE. The warrant was for

Angel Ruiz
DOB: [redacted]

Once ANGEL reported to the court, he checked in at the bailiff's station where he was positively IDed. We had Angel proceed to his hearing and then come down to the clerk's desk to pay his fines. After he had finished paying, he was taken into custody without issue.

Angel was then transported to Manchester where he was turned over to ICE.

End of involvement.



# Office of the Sheriff
## Rockingham County

CFS - Command Log

Printed on December 24, 2025

| | |
|---|---|
| **CFS #** | 25-189328 |
| **Call Taker** | Laurie Roy |
| **Location** | 10 COURTHOUSE LN, DERRY, NH 03038 (DERRY DISTRICT COURT) |
| **Location Details** | |
| **Primary Incident Code** | WAR : SERVE WARRANT |
| **Mod** | In Progress |
| **Priority** | 2 |
| **Use Caution** | No |
| **Primary Disposition** | Arrest Made |
| **Ready For Dispatch** | Yes |
| **Call Time** | 10/23/25 07:10:01 |
| **Completed Time** | 10/23/25 10:30:16 |

### Reporters

**Unknown (Initial Reporter)**

| | |
|---|---|
| **Sex** | |
| **DOB** | |
| **Address** | |
| **Report Time** | 10/23/25 07:10:01 |
| **How Reported** | |
| **From Phone** | |
| **Contact Phone** | |
| **Comments** | |

### Other Names

**RUIZ PADILLA, ANGEL GERARDO (Arrestee)**

**Sex** Male

**DOB**

**Address**

NH

**Home Phone**

**Home Phone**

**Other Phone**

**Comments**

### Vehicles

### Responders

| | | |
|---|---|---|
| 11 (Primary) | 011 - Nash, David | RCSO (Primary) |
| 15 | 015 - Bevere, Michael | RCSO (Primary) |
| 21 | 021 - Parrott, Daniel | RCSO (Primary) |

### Response Times

**Assigned** 10/23/25 07:10:45
**Enroute** 10/23/25 08:01:22 *
**Staged**
**Arrived** 10/23/25 08:01:22
**Backup Requested**
**Backup Arrived**
**Leaving** 10/23/25 09:48:34
**Arrived At** 10/23/25 10:10:35
**Completed** 10/23/25 10:30:16

**IR / External Agency Numbers**

RCSO25-0988 PO: 011 - Nash, David

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

10/23/25 07:10:01 | Roy, Laurie | New CFS
10/23/25 07:10:45 | Roy, Laurie | 11, 15, 21 | Assign
10/23/25 08:01:22 | Snyder, Justin | 11, 15, 21 | On Scene
10/23/25 08:01:56 | Snyder, Justin | 11, 15, 21 | Clear Alarms
10/23/25 09:44:54 | Snyder, Justin | Log Note - SH15 ADV'D 1 IN CUSTODY
10/23/25 09:48:30 | Bevere, Michael | Log Note - SM: 67674.4
10/23/25 09:48:34 | Snyder, Justin | 11, 15 | Leaving Scene Going to: (Location: 275 CHESTNUT ST IN MANCHESTER)
10/23/25 10:09:47 | Bevere, Michael | Log Note - em: 67687.5
10/23/25 10:10:35 | Snyder, Justin | 11, 15 | Arrived At (Location: 275 CHESTNUT ST IN MANCHESTER)
10/23/25 10:30:16 | Snyder, Justin | 11, 15, 21 | Clear Call

**CLQ**

**Requested At**
**Sent To**
**Status**
**Received At**
**Location** ,
**Accuracy**



# Office of the Sheriff

## Rockingham County

Arrest Form - RUIZ PADILLA, ANGEL GERARDO Printed on December 24, 2025

## RUIZ PADILLA, ANGEL GERARDO

Arrest Information

| | |
|---|---|
| **Case #** | RCSO25-0988 |
| **Time** | 10/23/25 10:30 |
| **Location** | |
| **Arresting Officer** | Nash, David |
| **Assisting Officer** | |
| **Booked At Agency** | NH008000J - Rockingham County Department of Corrections |
| **Arrest Transaction #** | 250004280601 |
| **Summons Number** | |
| **Disposition** | Pending |
| **Residence Status** | Nonresident |
| **Juv. Disposition** | |
| **Court Date** | |

Arrestee

| | |
|---|---|
| **Name** | RUIZ PADILLA, ANGEL GERARDO |
| **Sex** | Male |
| **Race/Ethnicity** | White Hispanic or Latino |
| **Build** | 71inches 200lbs |

Offenses

| | |
|---|---|
| **5947..03084** | 5947..03084 - Arrest on Warrant |

Armed With

Unarmed

Comments:

Arrest Type Activity

Arrest Type Drug

## Search and Rights

**Rights By ID:** 011 - Nash, David **Miranda Rights Given:** No **Date & Time**

**Phone Used:** No **Date & Time Phone Used:**

## Secured Date and Time / Release Information

**Placed in cell** **Video:**

**Transfered to Another Facility** No **Released:**

## Persons Check

**Positive Identification Made?** No **Suicude Check Performed?** No

**Wanted By:** **Wanted For:**

## Vehicle Check

**Vehicle Checked NCIC?** No **Wanted By** **Wanted For:**

## Injury/Medical

**Any Visible Injuiry or Illness?** No

**Taken To:** **Taken By:** **Date/Time**

**Injury/Medical Notes:**



# Office of the Sheriff
## Rockingham County

Primary Narrative Printed on December 24, 2025

## Primary Report By David Nash, 10/28/25 11:25

**Case #RCSO25-0988**
**Typed By David Nash**

On Thursday 10/23/2025, I reported to the Derry District Court to serve a warrant for ICE. The warrant was for

Angel Ruiz
DOB: [redacted]

Once ANGEL reported to the court, he checked in at the bailiff's station where he was positively IDed. We had Angel proceed to his hearing and then come down to the clerk's desk to pay his fines. After he had finished paying, he was taken into custody without issue.

Angel was then transported to Manchester where he was turned over to ICE.

End of involvement.

**U.S. DEPARTMENT OF HOMELAND SECURITY** **Warrant for Arrest of Alien**

File No. 216 309 820

Date: 08/13/2025

**To:** **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that RUIZ-PADILLA, ANGEL is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☒ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

(Signature of Authorized Immigration Officer)

F8958 JEANPIERRE - SDDO
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at Manchester, NH (Location)

on RUIZ-PADILLA, ANGEL (Name of Alien) on 10/23/2025 (Date of Service), and the contents of this

notice were read to him or her in the SPANISH (Language) language.

J. Gilbert
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

# Task Force Model

## Arrest Data Sheet

Law Enforcement Agency: Rockinham County Sheriff's Office

287(g) Task Force Officer Name: David Nash

Badge Number: 0515 ICE Credential Number: NH-TFO-000030

Mobile Number: [redacted] Email: dnash@rockso.org

Date of Arrest: 10/23/2025 Time of Arrest: 09:44

ICE Event Number: ____________

ICE Officer Who Granted Arrest Approval: Anthony Ciulla Time: 12:00

Arrest Location: 10 Courthouse Ln, Derry, NH 03038

Alien Information:

Name: Angel Gerardo Ruiz Padilla

DOB: [redacted] Gender: Male

A Number: ____________ FBI Number: [redacted]

Nationality: Mexican

If the Law Enforcement Encounter Included a Search:

Name of Person who Consented to Search: ____________

Time Consent Granted: ____________ Time Search Complete: ____________

Briefly Describe What Was Searched (e.g. the Subject's Vehicle, the Subject's Residence, etc.):

____________

Notes:

CFS # (25-189328)



# Office of the Sheriff
## Rockingham County

Case RCSO25-1070 Printed on December 24, 2025

### Dispatch Information

**CFS #** 25-223433
**Location** 35 GEREMONTY DR, SALEM, NH 03079
**Incident Code** WAR : SERVE WARRANT
**Occurred Between** 12/16/25 12:15:44 and
**Assigned** 12:15:44 **Enroute** 12:15:44 **On Scene** 12:15:44 **Completed** 15:48:29

### Reporters

**Name** Unknown
**Involvement** Initial Reporter
**Sex**
**DOB**
**Address**
**Report Time** 12/16/25 12:15:44
**How Reported**
**From Phone**
**Contact Phone**
**Comments**

### Other Names

**Name** ATA, ALAINA
**Involvement** Arrestee
**Sex** Male
**DOB**
**Address**

NH

**Comments**

### Vehicles

### Call Details

### CFS Responders

| | | |
|---|---|---|
| 12 | 012 - Greeley, Michael | RCSO (Primary) |
| 13 (Primary) | 013 - Wiltshire, Richard | RCSO (Primary) |
| 15 | 015 - Bevere, Michael | RCSO (Primary) |
| 26 | 026 - Wynn, Corey | RCSO (Primary) |

## Primary Narrative By Corey Wynn, 12/17/25 08:33

Subject was taken into custody by RCSO Deputies assigned under 287(g) TFO authority. For further information, contact U.S. Immigration and Customs Enforcement (ICE).

Deputy Corey Wynn

Rockingham County Sheriff's Office

Case RCSO25-1070

Page 2 of 2



# Office of the Sheriff
## Rockingham County

CFS - Command Log | Printed on December 24, 2025

**CFS #** 25-223433
**Call Taker** Michael Bevere
**Location** 35 GEREMONTY DR, SALEM, NH 03079 (SALEM DISTRICT COURT)
**Location Details**
**Primary Incident Code** WAR : SERVE WARRANT
**Mod** In Progress
**Priority** 2
**Use Caution** No
**Primary Disposition** Transport Complete
**Ready For Dispatch** Yes
**Call Time** 12/16/25 12:15:44
**Completed Time** 12/16/25 15:48:29

### Reporters

**Unknown (Initial Reporter)**
**Sex**
**DOB**
**Address**
**Report Time** 12/16/25 12:15:44
**How Reported**
**From Phone**
**Contact Phone**
**Comments**

### Other Names

**ATA, ALAINA (Arrestee)**
**Sex** Male
**DOB**
**Address**

, NH
**Comments**

### Vehicles

### Responders

| | | |
|---|---|---|
| 12 | 012 - Greeley, Michael | RCSO (Primary) |
| 13 (Primary) | 013 - Wiltshire, Richard | RCSO (Primary) |
| 15 | 015 - Bevere, Michael | RCSO (Primary) |
| 26 | 026 - Wynn, Corey | RCSO (Primary) |

### Response Times

**Assigned** 12/16/25 12:15:44 *
**Enroute** 12/16/25 12:15:44 *

**Staged**

**Arrived** 12/16/25 12:15:44
**Backup Requested**
**Backup Arrived**
**Leaving** 12/16/25 14:05:08
**Arrived At** 12/16/25 15:38:47
**Completed** 12/16/25 15:48:29

**IR / External Agency Numbers**

RCSO25-1070 PO: 026 - Wynn, Corey

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

12/16/25 12:15:44 | Bevere, Michael | 15 | Officer Initiated
12/16/25 12:17:08 | Lemasurier, Noelle | 12, 13, 26 | On Scene
12/16/25 12:17:13 | Lemasurier, Noelle | 12 | Clear Alarms
12/16/25 12:17:16 | Lemasurier, Noelle | 13 | Clear Alarms
12/16/25 12:17:19 | Lemasurier, Noelle | 15 | Clear Alarms
12/16/25 12:17:21 | Lemasurier, Noelle | 26 | Clear Alarms
12/16/25 14:01:34 | Lemasurier, Noelle | Log Note - 1 adv that 26 and 15 will be transporting 1 10-17 to fed bldg Manchester
12/16/25 14:02:34 | Lemasurier, Noelle | Log Note - ENTRY REVISED - 1 adv that 26 and 15 will be transporting to fed bldg Manchester
12/16/25 14:05:08 | Wynn, Corey | 26 | Leaving Scene Going to: (Location: 275 Chestnut St., Manchester, NH)
12/16/25 14:05:12 | Wynn, Corey | Log Note - S/M 15667
12/16/25 14:11:21 | Mahoney, Sean | 13 | Clear Call
12/16/25 14:12:14 | Mahoney, Sean | 12 | Clear Call
12/16/25 14:19:58 | Wynn, Corey | Log Note - RETURNING To SDC FOR VEHICLE SWITCH, LOCATION WAS CHANGED TO STRAFF. CTY S/O.
12/16/25 14:30:05 | Wynn, Corey | Log Note - Enroute to Strafford Co Jail from Salem District. S/M 15677
12/16/25 14:30:06 | Bevere, Michael | Log Note - FOLLOWING BEHIND 26 IN MY VEH.
12/16/25 15:38:47 | Wynn, Corey | 26 | Arrived At (Location: Strafford CJ)
12/16/25 15:39:01 | Wynn, Corey | Log Note - E/M 15730
12/16/25 15:47:09 | Wynn, Corey | Log Note - Subject released to SCJ.
12/16/25 15:47:55 | Wynn, Corey | 26 | Clear Call
12/16/25 15:48:29 | Mahoney, Sean | 15 | Clear Call

**CLQ**

**Requested At**
**Sent To**
**Status**
**Received At**
**Location** ,
**Accuracy**



# Office of the Sheriff

**Rockingham County**

Primary Narrative

Printed on December 24, 2025

## Primary Report By Corey Wynn, 12/17/25 08:33

**Case #RCSO25-1070**
**Typed By Corey Wynn**

Subject was taken into custody by RCSO Deputies assigned under 287(g) TFO authority. For further information, contact U.S. Immigration and Customs Enforcement (ICE).

Deputy Corey Wynn
Rockingham County Sheriff's Office

# Task Force Model
## Arrest Data Sheet

Law Enforcement Agency: Rockingham County Sheriff's Office

287(g) Task Force Officer Name: Dep. Wynn

Badge Number: 405 ICE Credential Number: NH-TFO-000027

Mobile Number: [redacted] Email: cwynn@rockso.org

Date of Arrest: 12/16/2025 Time of Arrest: 14:00

ICE Event Number: ______

ICE Officer Who Granted Arrest Approval: Rob Schwartz Time: ______

Arrest Location: 35 Geremonty Dr. Salem, NH 03079 (Salem Dist. Court)

Alien Information:

Name: ALAIN ATA

DOB: [redacted] Gender: Male

A Number: ______ FBI Number: ______

Nationality: Lebanon

If the Law Enforcement Encounter Included a Search:

Name of Person who Consented to Search: ______

Time Consent Granted: ______ Time Search Complete: ______

Briefly Describe What Was Searched (e.g. the Subject's Vehicle, the Subject's Residence, etc.):

______

Notes:

Taken into custody at Salem District Court and transported to Strafford County Jail per ICE request.

RCSO25-1070

ADMIN,LMrecused

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:26-cv-00006-PB-TSM

Ata v. Strafford County Department of Corrections, Superintendent et al
Assigned to: Judge Paul J. Barbadoro
Referred to: US Magistrate Judge Talesha L. Saint-Marc
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 01/06/2026
Jury Demand: None
Nature of Suit: 463 Habeas Corpus - Alien Detainee
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Alain Ata** represented by **Ronald L. Abramson**
Shaheen & Gordon PA
1155 Elm Street
Suite 300
Manchester, NH 03101
603-792-8472
Fax: 603-669-0903
Email: rabramson@shaheengordon.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Strafford County Department of Corrections, Superintendent** represented by **Emily Conant**
Strafford County Attorney's Office
259 County Farm Road
Suite 201
Dover, NH 03821
603-749-2808
Fax: 603-749-2808
Email: egarod@co.strafford.nh.us
*ATTORNEY TO BE NOTICED*

**Respondent**

**US Immigration and Customs Enforcement, Boston Field Office Acting Director**
*other*
Todd Lyons

**Respondent**

**US Immigration and Customs Enforcement, Field Office Director**
*other*
Patricia Hyde

**Respondent**

**HSI New England Special Agent in Charge**
*other*
Michael Krol

**Respondent**

**US Department of Homeland Security, Secretary**
*other*
Kristi Noem

**Respondent**

**US Attorney General**
*agent of*
Pamela Bondi

**Respondent**

**President of the United States of America**
*other*
Donald J. Trump

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2026 | 1 | NEW CASE/PETITION FOR WRIT OF HABEAS CORPUS 2241/2254. (Filing fee $ 5, receipt number ANHDC-2724774.) filed by Alain Ata. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Abramson, Ronald) (Entered: 01/06/2026) |
| 01/06/2026 | | Case assigned to Judge Paul J. Barbadoro and US Magistrate Judge Talesha L. Saint-Marc. The case designation is: 1:26-cv-06-PB-TSM. Please show this number with the judge designation on all future pleadings. (mc) (Entered: 01/06/2026) |
| 01/06/2026 | | NOTICE of Filing - Case filed under 28 U.S.C. 2241. A copy of the petition has been electronically sent via ECF to your office. No further action is required by the United States Attorney unless directed by the presiding judge.(mc) (Entered: 01/06/2026) |
| 01/06/2026 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 01/06/2026) |
| 01/07/2026 | 2 | **ORDER Directing Clerk to Make Service. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(jwb)** (Entered: 01/07/2026) |
| 01/07/2026 | | SERVICE BY CLERK: Copies emailed to US Attorney's Office District of New Hampshire to the designated habeas email address. Copies emailed to Strafford County Department of Corrections at egarod@straffordcounty.gov, mraiche@straffordcounty.gov, and cbrackett@straffordcounty.gov per 2 Order Directing Service.(jwb) (Entered: 01/07/2026) |
| 01/07/2026 | | NOTICE of Hearing. Status Conference set VIA VIDEO CONFERENCE for 1/13/2026 03:00 PM before Judge Paul J. Barbadoro.(jwb) (Entered: 01/07/2026) |
| 01/07/2026 | | RESCHEDULING NOTICE of Hearing. TIME CHANGE ONLY FROM 3:00 PM TO 10:30 AM |

| | | |
|---|---|---|
| | | Status Conference set VIA VIDEO CONFERENCE for 1/13/2026 10:30 AM before Judge Paul J. Barbadoro.(jwb) (Entered: 01/07/2026) |
| 01/08/2026 | | SERVICE BY CLERK: Copies mailed via certified mail, return receipt requested to US Attorney General, US Immigration and Customs Enforcement, Boston Field Office Acting Director per 2 Order Directing Service.(jwb) (Entered: 01/08/2026) |
| 01/08/2026 | 3 | NOTICE of Attorney Appearance by Emily Conant on behalf of Strafford County Department of Corrections, Superintendent *Brackett* Attorney Emily Conant added to party Strafford County Department of Corrections, Superintendent(pty:res).(Conant, Emily) (Entered: 01/08/2026) |
| 01/09/2026 | 4 | Assented to MOTION for Todd C. Pomerleau to Appear Pro Hac Vice (Filing fee $ 100, Receipt # ANHDC-2726266.) filed by Alain Ata. (Attachments: # 1 Exhibit (Affidavit) Affidavit of Todd C. Pomerleau, Esq., # 2 Exhibit Certificate of Good Standing)(Abramson, Ronald) (Entered: 01/09/2026) |
| 01/09/2026 | | **ENDORSED ORDER granting 4 Motion for Todd C. Pomerleau to Appear Pro Hac Vice.** ***Text of Order: Granted. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.*** **So Ordered by Judge Paul J. Barbadoro.**<br><br>**The clerk's office will provide the admitted attorney with instructions on how to obtain access to electronic filing by separate email. The admitted attorney must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of New Hampshire. After obtaining e-filing access, the admitted attorney must file an appearance to begin receiving electronic notices.(jwb)** (Entered: 01/09/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2026 08:28:08 | | | |
| **PACER Login:** | gbissonn | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:26-cv-00006-PB-TSM |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |