# EXHIBIT R

| | POLICY/PROCEDURE<br>Carroll Police Department | Number:<br>**319** |
|---|---|---|
| | Title:<br>**IMMIGRATION RELATED ACTIONS** | |
| | Issue Date:<br>10/12/2025 | Effective Date:<br>10/12/2025 |

**PURPOSE:**

The purpose of this policy is to establish procedures for sworn members of the Carroll Police Department (CPD) when they are involved in the arrest, detention, processing, or transportation of individuals during an action of the US Immigration and Customs Enforcement agency (ICE) or acting under authority of ICE as part of the 287(g) program.

**POLICY:**

It is the policy of the Carroll Police Department to establish consistent procedures and responsibilities to officers acting under direction of ICE or under their authority assigned under the 287(g) Task Force Officer (TFO) model from ICE. All personnel must comply with all applicable laws and policies when employees are involved in arrest, detention, processing, or transportation of individuals under the authority of ICE as part of an immigration action or as part of the 287(g) program.

**DEFINITIONS:**

<u>287(g) Agreement</u> – A memorandum of agreement between ICE and the Carroll Police Department delegating limited federal immigration enforcement authority to 287(g) trained officers.

<u>Task Force Officer (TFO)</u> – An officer of the Carroll Police Department designated and trained by ICE to carry out immigration enforcement duties specific to the 287(g) program.

<u>ICE Hold/Detainer</u> – A request by ICE to detain an individual for up to 48 hours beyond their release time from a holding facility to transfer to ICE custody.

I. **ICE 287(g) Program**

    A. <u>Scope of Authority</u>

        1. The Carroll Police Departments participation in the 287(g) program will be based on contacts made with individuals during the course of the departments normal law enforcement functions, i.e.; responding to calls for service, criminal investigations, motor vehicle violations, etc.

        2. TFO-designated officers requested to engage in an immigration action as part of the 287(g) program outside the Town of Carroll are at the discretion of the Chief of Police or his designee.

B. <u>Arrest and Detention Procedures</u>

1. Only TFO-designated officers shall conduct immigration-related arrests pursuant to 287(g) authority. Arrests shall comply with federal and state laws.

2. Any person taken into custody by a TFO-designated officer under 287(g) authority must be booked in accordance with CPD and ICE procedures. As per **Policy #212 Booking & Bail,** a member of the department must be present at the station to monitor subjects placed into holding cells to render assistance or first aid if necessary.

C. <u>Transport and Custody Transfer</u>

1. TFO officers may transport detainees to ICE-designated holding facilities or staging points for transfer of custody or detention holds.

2. Scheduled duty shift officers, who are requested to transport detainees to ICE-designated holding facilities or staging points for transfer of custody or detention holds shall notify a supervisor to arrange for coverage of the duty shift to allow coverage of emergencies or other services requested of the department.

D. <u>Media and Public Information</u>

1. As per **Policy #125 Public Information & Media Relations**, no information shall be released to the press or media unless approval has been given by the Chief of Police or his designee.

2. Requests for information submitted under RSA 91-A or similar action are to be compiled in accordance with **Policy #105 Records Management**.

E. <u>Case file and Report Documentation</u>

1. Officers shall create a case file in the records management system as soon as practicable when a 287(g) arrest or detention occurs.

F.  Training and Accountability

    1.  All participating officers must complete ICE 287(g) training as dictated by ICE.

    2.  The CPD 287(g) Point of Contact shall audit all cases quarterly for compliance.

    3.  Any violations or deviations from this policy must be reported to the Chief of Police without delay.

    4.  Enrollment of an officer in the 287(g) program is voluntary and not a requirement of employment as an officer with the department.

II.  **Non ICE 287(g) Actions**

    A.  Scope of Authority

        1.  Should a non TFO-designated officer discover that an individual they are in contact with during normal law enforcement functions is wanted by ICE via SPOTS/NCIC, they shall act in their normal department capacity on those warrants.

        2.  Individuals taken into custody under these actions shall be transported to CPD for processing per **Policy #212 Booking & Bail** and ICE notified for further instruction.

        3.  Upon ICE notification and a request for transport/hold is received, a supervisor shall be notified to arrange for further handling by a TFO-designated officer.

        4.  If no further action is requested by ICE, non TFO-designated officers shall process and release the individual as per **Policy #212 Booking & Bail.**

### III.  APPLICABILITY & COMPLIANCE

A.  This policy shall apply to all CPD members, including part-time employees, consistent with their job classification and specific assigned duties and responsibilities. CPD members assigned to or assisting other law enforcement agencies shall be guided by this policy. Formal disciplinary action may be imposed for any violation of this policy.

B.  This policy constitutes departmental policy and is intended for the internal governance of the Carroll Police Department. As provided in RSA 516:36, in any civil action against any individual, agency or governmental entity, including the State of New Hampshire, arising out of the conduct of a law enforcement officer having the powers of a peace officer, standards of conduct embodied in policies, procedures, rules, regulations, codes of conduct, orders or other directives of this local law enforcement agency shall not be admissible to establish negligence when such standards of conduct are higher than the standard care which would otherwise have been applicable in such action under State law.

**By Order of:**
Tadd A. Bailey
Chief of Police


Sources:
Rockingham County Sheriff's Office Policy #2.05.10

Reviewed/Revised: