# EXHIBIT S

| Rockingham Sheriff's Department | Issue Date: 8/15/2025 |
|---|---|
| Standard Operating Procedure | Effective Date: 8/15/2025 |
| Distribution:    G | Review Date: Annually |

| SOP # 2.05.10 | Title: 287(g) Program |
|---|---|

| 3 Pages | Revised: | Reviewed: 8/15/2025 |
|---|---|---|

### I. POLICY

All personnel must comply with all applicable laws and policies when RCSO employees are involved in arrest, detention, processing, or transportation of individuals under the authority of ICE as part of the 287(g) program.

### II. PURPOSE

To establish consistent procedures and responsibilities for the Rockingham County Sheriff's Office (RCSO) personnel assigned under the 287(g) Task Force Officer (TFO) model in partnership with U.S. Immigration and Customs Enforcement (ICE).

### III. DEFINITIONS

1. **287(g) Agreement:** A memorandum of agreement between ICE and RCSO delegating limited federal immigration enforcement authority to designated deputies.

2. **TFO (Task Force Officer):** A deputy sheriff designated and trained by ICE to carry out immigration enforcement duties.

3. **ICE Hold/Detainer:** A request by ICE to detain an individual for up to 48 hours beyond their release time to allow ICE custody transfer.

4. **CFS (Call for Service):** Initial CAD entry or report filed upon contact or enforcement action.

### IV. SCOPE OF AUTHORITY

1. While the 287(g) agreement grants very broad powers listed under section V of the agreement titled "DESIGNATION OF AUTHORIZED FUNCTIONS", RCSO TFO's authority authorized by the High Sheriff is limited to acting on already active ICE warrants and/or detainers.
2. RCSO's participation in the 287(g) program will be based on contacts made with individuals during the course of our normal law enforcement functions i.e.; responding to calls for service, criminal investigations, motor vehicle enforcement, service of civil process, etc.

## V. ARREST AND DETENTION PROCEDURES

1. **Authorized Arrests:**
   Only TFO-designated deputies shall conduct immigration-related arrests pursuant to 287(g) authority. Arrests must comply with both federal and state law.
2. **Custodial Detention:**
   Any person taken into custody by a TFO under 287(g) authority must be booked in accordance with RCSO and ICE procedures. If held for ICE, the individual will not be integrated into the general RCSO detention population unless otherwise approved.

## VI. NOTIFICATION

1. The **Major, Operations Captain and Chief Deputy must be notified** via email **within 1 hour, or as soon as practical,** of any arrest or detention made under the 287(g) authority.

   - Notifications shall include:
     - Subject's name and DOB
     - Time and location of arrest
     - ICE case number (if applicable)
     - Summary of probable cause or detainer basis

## VII. MEDIA AND PUBLIC INFORMATION

1. All **media inquiries** related to immigration arrests, detainers, or removals shall be **referred directly to ICE**.

2. RCSO employees **shall not** comment on or release any information to the public or media regarding 287(g)-related matters.

3. Internal staff must document referrals to ICE Public Affairs if contacted by the media.

4. The Sheriff and his designated representatives (Chief Deputy and Major) are the only authorized members of the RCSO to make statements related to RCSO's participation with the 287(g) program

## VIII. CASE FILE AND REPORT DOCUMENTATION

1. **CFS and REPORT WRITING:**
   a. Deputies must open a **Call for Service (CFS)** when a 287(g) arrest or detention occurs.
   b. The offense number shall be generated and recorded.
   c. The narrative shall be **minimal** and must include language such as:

> "Subject taken into custody by RCSO Deputy assigned under 287(g) TFO authority. For further information, contact U.S. Immigration and Customs Enforcement (ICE)."

2. **Attached Reports:**

   a. Any supporting documents (incident report, probable cause affidavit, transport logs, etc.) must be attached to the CFS.

   b. No immigration status details should be included unless required by ICE.

## IX. TRANSPORT AND CUSTODY TRANSFER

1. TFO deputies may transport detainees to ICE-designated holding facilities or staging points for transfer of custody or detention holds.

## X. TRAINING AND ACCOUNTABILITY

1. All participating deputies must complete ICE 287(g) training.

2. The RCSO 287(g) Coordinator shall audit all related cases quarterly for compliance.

3. Any violations or deviations from this policy must be reported to the Sheriff immediately.

## XI. POLICY REVIEW

1. This policy shall be reviewed annually by the RCSO Command Staff in consultation with ICE to ensure continued compliance with the 287(g) Memorandum of Agreement and federal guidelines.