# EXHIBIT U

**From:** Globe New Hampshire <newsletters@email.bostonglobe.com>
**Date:** January 14, 2026 at 9:53:59 AM EST
**To:** ███████████████
**Subject: Morning Report: 13th N.H. police force joins ICE effort**
**Reply-To:** Globe New Hampshire <reply-fe6210777767037c7115-23395879_HTML-1739411949-10897956-12008@email.bostonglobe.com>




# MORNING REPORT

By **Steven Porter** and **Amanda Gokee**
Globe New Hampshire Staff

January 14, 2026

*Good morning, Granite Staters! Steven here, carefully considering whether to just leave my Christmas tree up for another 10 months. 🎄 Did someone forward this to you? **Sign up here.** Got a tip? **Tell us about it.***

Here's a special deal for New Hampshire: **6 months of Globe.com for just $1**.

**Today's topic: Immigration**

The number of state and local law enforcement agencies looking to carry out federal immigration arrests in New Hampshire grew to 13 last week, as the Auburn Police Department joined the ranks of those that have signed "task force model" agreements with US Immigration and Customs Enforcement.

The agreements — which ICE has signed with the **State Police**, four sheriff's offices, and eight municipal police departments, plus another 700 agencies across 33 other states — allow officers to interrogate people suspected of being present in the country illegally and arrest those accused of violating immigration laws.

Critics contend such agreements can erode trust in local police and have historically contributed to **racial profiling**. The topic has been especially controversial amid the Trump administration's **anti-immigrant scapegoating** and **"mass deportations" agenda**. Hundreds of federal judges have **ruled against** the government's broad policy of detaining people **without bond hearings**, including for at least two people taken into ICE custody **by local police** in New Hampshire.

The overwhelming majority of people in ICE custody in New Hampshire are classified by the federal government as **non-criminal detainees**. That's the case for about 70 percent of those held at the Strafford County jail and 80 percent at the federal prison in Berlin.

Republican Governor Kelly Ayotte has signed legislation banning "sanctuary" policies, and she has touted the "task force model" as a way to help combat illegal activity and promote public safety. New Hampshire is the only state in New England where any local police force has such an agreement in place.

Auburn Police Chief Charles "Chip" Chabot said he is primarily interested in the ICE agreement to ensure his officers are trained and equipped to handle situations that may arise as they patrol State Route 101 and the other roadways that cut through his

town of about 6,000 residents, just east of Manchester.

"We don't want to have an officer out there stuck on 101 with someone who's not lawfully in the United States and not have an action plan on what to do with this person," he said.

With only about 20 employees in the department, Chabot said he expects to have about five of them trained and certified to assist ICE.

"If we can help our federal partners in enforcing the law, we're more than happy to do it," he said, likening this agreement to his team's collaboration with the FBI and the Internet Crimes Against Children Task Force.

Chabot said he doesn't expect to send officers to kick down any doors or grab people at local bars or schools on ICE's behalf. Instead, he plans to incorporate the training and enforcement authority into his department's day-to-day operations.

"If we can do something to keep our community safer, that's what we're going to do," he said, "And if we never, never, never actually arrest an illegal alien, that's fine with me too."

**More immigration coverage:**

- In Massachusetts, federal authorities say the deportation of first-year Babson College student Any Lucia Lopez Belloza was a "**tragic case of bureaucracy gone wrong.**"

- In Vermont, a former prosecutor who sought to keep two high-profile immigrants detained is distancing himself from Trump's crackdown as he seeks **confirmation to the state's highest court.**

- In Minnesota, where **tensions have risen** in recent days, six federal prosecutors resigned over the Justice Department's push to **investigate the widow of a woman killed by an ICE agent.**

- Commentary: If this is what the federal government considers "domestic terrorism," then **none of us are safe.**

ADVERTISEMENT

# 9 Reasons to Avoid Annuities

Buying an annuity might seem like a safe option for your retirement, but what are you leaving on the table? If you have a $1 million portfolio and own an annuity, you have a lot at stake.

Learn More

FISHER INVESTMENTS®

Powered by ZETA 

**From the Globe**

**Landfill penalty:** New Hampshire has reached a settlement with a private business over alleged environmental violations at the company's landfill in Bethlehem. The attorney general said the settlement involves the largest civil penalty ever obtained by the state in such circumstances. (**Read more**)

**Bad flu season:** Public health officials said influenza activity remained "very high" in every New England state except Vermont. While cases may begin to decline soon, another wave could follow. (**Read more**)

**'Another fallen hero':** New Hampshire officials are remembering Elijah Garretson, 27, a Manchester native who was working as a police officer in Texas over the weekend when he was killed in a confrontation with a gunman. (**Read more**)

**Ex-coach sentenced:** The former head coach of the boys' basketball team at Lawrence High School in Lawrence, Mass., was sentenced Tuesday to federal prison for transporting a minor student across state lines to sexually assault her at a Manchester, N.H., motel. Prosecutors described the case as "a textbook example of grooming." (**Read more**)

**Food fiascos:** Globe correspondent Kara Baskin dug into the sometimes-dicey topic of culinary crimes ... and sparked quite a few responses from readers. One resident of Newmarket, N.H., had particularly strong words about the sins of "hot lettuce." (**Read more**) 

ADVERTISEMENT



Square

**Get a device you can rely on with Square Terminal.**

Keep your business running smoothly with Square Terminal. It's a powerful all-in-one device that processes payments fast and keeps lines moving.

Powered by ZETA

**New Hampshire news to know**

Paul Callaghan, the former mayor of Rochester, has been named chairman of the New Hampshire GOP after Jim MacEachern's surprise resignation amid concerns raised by a candidate who recently suspended her congressional campaign. Callaghan's appointment was backed by Governor Kelly Ayotte. (**NHPR**)

Liquor officials and hospitality industry representatives joined a bipartisan group of lawmakers to support a proposal that would allow people to purchase "take and go" cocktails at New Hampshire bars and restaurants. (**Union Leader**)

Republicans in the New Hampshire Senate came out against a bill seeking state funds to buy back a former college property in Nashua from a Chinese-controlled company. Majority Leader Regina Birdsell (who released a statement calling the proposal "a $20 million taxpayer bailout") said this problem isn't up to the state to solve. (**WMUR**)

**Our journalism relies on support from readers like you.**
Please help us continue our mission with a subscription to the Globe.
**Here's a special deal for New Hampshire.**

### The big picture



Reporters follow Senator Jeanne Shaheen as she speaks to them before a vote on a Venezuela war powers resolution at the Capitol in Washington on Jan. 8, 2026. The Senate on Thursday agreed to debate a war powers resolution aimed at curbing

President Trump's use of military force in Venezuela, with five Republicans joining Democrats in a rare bipartisan rebuke of the White House. (Tierney L. Cross/The New York Times)

**Got a picture to share?** We may feature it in this space! Email it to us at NHNews@globe.com or post it on Instagram and tag us: @Globe_NH.

---

*Thanks for reading. Send comments and suggestions to NHNews@globe.com or follow @Globe_NH. See you tomorrow!*

---

© 2026 Boston Globe Media Partners LLC, All rights reserved.

Our address is:
The Boston Globe
1 Exchange Place Suite 201
Boston, MA 02109-2132

Boston Globe Media Partners thanks its sponsors for supporting our newsletters. The sponsoring advertiser does not influence or create any editorial content for this newsletter. If you are interested in advertising opportunities, please contact us here.

View in Browser

Unsubscribe

Manage Your Account | Terms of Service | Privacy Policy | Help Center

You're receiving this because you signed up for the newsletter or attended a related Globe event.

