**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NEW HAMPSHIRE**<br><br>     **Plaintiff,**<br><br>  **v.**<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**<br><br>     **Defendant.** | **Case No.: 1:26-cv-0017-SM-AJ** |

<u>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY CURRENT DEADLINES PENDING MOTION TO EXTEND**</u>

Plaintiff American Civil Liberties Union of New Hampshire hereby responds to Defendant's Motion to Stay Current Deadlines Pending Motion to Extend.

On Thursday, August 6, 2026, Plaintiff received the attached letter from Defendant stating, in part, that "3633 pages will be released in full or disclosed in part." While Plaintiff is still reviewing these documents and their accompanying redactions, Plaintiff <u>**assents**</u> to the following relief requested in Paragraph 9 of Defendant's Motion to Stay Current Deadlines Pending Motion to Extend, which asks the Court to do the following:

- Stay the current deadlines in the Discovery Plan for two weeks, to August 21, 2026, with the expectation that on or before that date, the parties will file a joint motion to extend deadlines, addressing production of the Vaughn index and subsequent briefing deadlines.

However, given upcoming scheduled vacations and the need of Plaintiff to complete its review before it forms a position on the contents of the joint motion to extend deadlines, Plaintiff requests that the deadline for this motion be moved from August 21, 2026 to **September 3, 2026**. Defendant assents to this new September 3, 2026 deadline. Accordingly, on or before **September**

2

**3, 2026**, the parties shall file a joint motion to extend deadlines addressing any future schedule for resolving this case.

WHEREFORE, Plaintiff respectfully requests relief as follows:

A.  Stay the current deadlines in the Discovery Plan to **September 3, 2026**.  On or before that date, the parties shall file a joint motion to extend deadlines, addressing production of the *Vaughn* index and subsequent briefing deadlines; and

B.  Award such other relief as the Court deems just and equitable.

Respectfully submitted,

THE AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NEW HAMPSHIRE,

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar No. 21177)
Chelsea Eddy (N.H. Bar. No. 276248)
Maria Savarese (N.H. Bar. No. 273285)
Caroline Meade (Admitted *Pro Hac Vice*)
AMERICAN CIVIL LIBERTIES UNION OF NEW
HAMPSHIRE
NEW HAMPSHIRE IMMIGRANTS' RIGHTS PROJECT
18 Low Avenue
Concord, NH  03301
Tel.:  (603) 227-6678
gilles@aclu-nh.org
sangyeob@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org
caroline@aclu-nh.org

Dated:  August 12, 2026

3